AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| TYLER MILLER, an individiual <br><br> *Plaintiff(s)* <br> v. <br> HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  3:23-cv-293- |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1
Communications District
Columbia 9-1-1 Communications District
58611 McNulty Way
St Helens, OR 97051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clifford S. Davidson
Snell & Wilmer LLP
1455 SW Broadway, Suite 1750
Portland, OR 97201
csdavidson@swlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/01/2023

By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>*Plaintiff(s)*<br>v.<br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District, et al.<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-293- |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District
Columbia 9-1-1 Communications District
58611 McNulty Way
St Helens, OR 97051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clifford S. Davidson
Snell & Wilmer LLP
1455 SW Broadway, Suite 1750
Portland, OR 97201
csdavidson@swlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/01/2023

By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>*Plaintiff(s)*<br>v.<br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District, et al.<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-293- |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District
Columbia 9-1-1 Communications District
58611 McNulty Way
St Helens, OR 97051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Clifford S. Davidson
   Snell & Wilmer LLP
   1455 SW Broadway, Suite 1750
   Portland, OR 97201
   csdavidson@swlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 03/01/2023          By: s/D. Norris, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| TYLER MILLER, an individual, <br><br> *Plaintiff(s)* <br> v. <br> HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District, et al. <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-293- |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District
Columbia 9-1-1 Communications District
58611 McNulty Way
St Helens, OR 97051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clifford S. Davidson
Snell & Wilmer LLP
1455 SW Broadway, Suite 1750
Portland, OR 97201
csdavidson@swlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 03/01/2023

By: s/D. Norris, Deputy Clerk