Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual<br><br>    Plaintiff,<br><br>v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>    Defendants. | Case No 3:23-cv-00293-SI<br><br>**DECLARATION OF CHANDRA EGAN IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** |

    I, Chandra Egan, declare as follows:

    1.    I am an employee of Columbia 9-1-1 Communications District. I work as a CAD specialist at the district.

    2.    I make this declaration in support of defendants' opposition to plaintiff's motion for a temporary restraining order.

    3.    Attached as Exhibit 1 to my declaration is a true and correct copy of excerpts of text messages between Tyler Miller and myself between 2016 and 2017, sent while Mr. Miller

**Page 1 – DECLARATION OF CHANDRA EGAN IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER**

**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

was doing subcontract work for the District. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

4. I first showed the text messages to Michael Fletcher, the C911 Executive Director in February of 2020, when my deposition was requested in Mr. Miller's pending lawsuit against former C911 Executive Director, Steve Watson. In January of 2023, I brought concerns about Mr. Miller again to Mr. Fletcher because I learned Mr. Miller may be attempting to be reinstated as a reserve sheriff deputy, which would potentially give him access to our building, our dispatch floor, and our emergency communications systems.

5. Although part of my job is to attend district board meetings, I attend them remotely instead of in person because Mr. Miller attends most meetings in person and I am fearful for my personal safety when he is present.

6. A former colleague and I previously had an "escape" plan from the building in case Mr. Miller's behavior turned violent; in my opinion he is very aggressive, bullying and intimidating towards myself and other District employees. If you are not on Mr. Miller's "good side" then you are his target, in my experience. In the past, he has attempted to accuse me of things I did not do, as well. I am concerned about my name being used in this proceeding because I believe Mr. Miller is likely to retaliate against me, either professionally or personally.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 7th day of March, 2023.

*/s/ Chandra Egan*
Chandra Egan

Page 1 – DECLARATION OF CHANDRA EGAN IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2023, I served the foregoing **DECLARATION OF CHANDRA EGAN IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** on the following party at the following address:

Clifford S. Davidson
Drew L. Eyman
Snell & Wilmer LLP
1455 SW Broadway Ste 1750
Portland OR  97201
   *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

                                        */s/ Karen O'Kasey*
                                        Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**