Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual<br><br>Plaintiff,<br><br>v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>Defendants. | Case No 3:23-cv-00293-SI<br><br>**DECLARATION OF DANNELL HOOPER IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Dannell Hooper, declare as follows:

1.  I am employed by Columbia 9-1-1 Communications District as Operations Manager. I previously worked as a dispatcher for the District for about 16 years. I make this declaration in support of defendants' opposition to plaintiff's motion for a temporary restraining order. I have personal knowledge of the following information and am competent to testify to it.

2.  When Tyler Miller was previously a reserve sheriff deputy, he would misuse the CAD, CJIS, and other emergency communications systems to harass and intimidate dispatchers.

Page 1 – DECLARATION OF DANNELL HOOPER IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

He would put notes to dispatchers in these systems criticizing their job performance, which was not appropriate as it did not follow the established chain of command or recognize boundaries for sheriff duties. Mr. Miller has continued his harassment of dispatchers after he no longer was a reserve officer.

3. Mr. Miller would contact dispatchers directly at work to criticize their performance, even though he is not a trained 911 dispatcher. He has continued his harassment of District employees through public records requests by including criticisms of dispatchers. On one occasion, Mr. Miller contacted me as a dispatcher and told me he needed criminal history information on someone, although it did not appear to be call-related. When I asked for his name and DPSST number, he yelled at me and said "I'm your boss, don't you know who your boss is?" I then questioned whether I was doing my job properly, and had to speak with my manager about the incident to ensure I did not do anything wrong.

4. On another occasion, I was doing a ride-along with law enforcement, and the agent with whom I was riding stopped to assist Mr. Miller who was doing a traffic stop. I heard Mr. Miller make inappropriate references to the subject having sexual relations with the stick shift in his car.

5. Mr. Miller obtains copies of dispatcher calls and then uses the information to publicly humiliate the dispatchers if he thinks they are not doing their job properly without any Miller having the training or education. His actions undermine dispatcher confidence and are bullying and intimidating to District employees.

6. As a reserve sheriff deputy, he had access to the employee areas and dispatch floor of our building. If he became a reserve deputy again (as rumored he might) he may regain this access, which caused fear for several employees. At least two employees have told me they

Page 1 – DECLARATION OF DANNELL HOOPER IN
SUPPORT OF OPPOSITION TO MOTION FOR
TEMPORARY RESTRAINING ORDER

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

will quit their jobs if Mr. Miller has access to the building or resumes harassing and intimidating dispatchers through misuse of our emergency communications systems. Employees already avoid Mr. Miller if he is on district property for board meetings, and they check cameras to make sure he is gone from the property before they go outside for breaks. I and another District employee rearranged the furniture in the board meeting room to avoid being near Mr. Miller during board meetings. Miller then will push the podium, for example, to a position to confront staff and the board members.

7. Finally, Mr. Miller lingers on the District's property after public meetings. He is seen on camera being visibly agitated while meeting other attendees in our parking lot or in the lobby near the front door, sometimes for long periods of time. His conduct causes me and the staff to feel unsafe and his actions restrict how staff moves throughout the building and on the property. Staff does not want to run into him or be approached by him. They want to avoid harassment by Mr. Miller.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 7th day of March, 2023.

_____
Dannell Hooper

**Page 1 – DECLARATION OF DANNELL HOOPER IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER**

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2023, I served the foregoing **DECLARATION OF DANNELL HOOPER IN SUPPORT OF OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** on the following party at the following address:

> Clifford S. Davidson
> Drew L. Eyman
> Snell & Wilmer LLP
> 1455 SW Broadway Ste 1750
> Portland OR 97201
>    *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

       */s/ Karen O'Kasey*
       Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301