Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
<u>Attorneys for Defendants</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>    Defendants. | Case No 3:23-cv-00293-SI<br><br>**DECLARATION OF KAREN O'KASEY IN SUPPORT OF MOTION TO UNSEAL COURT DOCUMENTS** |

I, Karen O'Kasey, declare as follows:

1.  Counsel for Steve Watson in the *Miller v. Watson* litigation served Chandra Egan with a subpoena for her text messages between she and Miller on January 22, 2020. A copy of that subpoena is attached to this declaration as Exhibit 1.

2.  On January 28, 2020, the text messages were sent to Mr. Mersereau (Exhibit 2).

3.  Mr. Mersereau's office in turn produced the text messages to Tyler Miller's counsel at the time on January 30, 2020 (Exhibit 3). At no time did my office, as counsel for

**Page 1 – DECLARATION OF KAREN O'KASEY IN SUPPORT OF MOTION TO UNSEAL COURT DOCUMENTS**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

Egan, receive any motion to quash the subpoena or any request to produce the text messages pursuant to protective order only.

4. On February 4, 2020, Ms. Egan was deposed by plaintiff's counsel who referenced the text messages during the deposition (Exhibit 4).

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 20th day of March 2023.

*/s/ Karen O'Kasey*
Karen O'Kasey

**Page 1 – DECLARATION OF KAREN O'KASEY IN SUPPORT OF MOTION TO UNSEAL COURT DOCUMENTS**

**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2023, I served the foregoing

**DECLARATION OF KAREN O'KASEY IN SUPPORT OF MOTION TO UNSEAL COURT DOCUMENTS** on the following party at the following address:

Clifford S. Davidson
Drew L. Eyman
Snell & Wilmer LLP
1455 SW Broadway Ste 1750
Portland OR  97201
   *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

*/s/ Karen O'Kasey*
Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**