

# HART WAGNER LLP
## TRIAL ATTORNEYS

Andrew T. Weiner

atw@hartwagner.com
Admitted in Oregon

Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499
Fax (503) 222-2301

January 28, 2020

*Via Secure Email Only*

Peter R. Mersereau
Mersereau Shannon, LLP
111 SW Columbia Street Ste 1100
Portland, OR 97201

RE: *Miller, Tyler v. Bullard Law et al.*
USDC District of Oregon Case No. 3:18-cv-00562-SB
File No. 28506

Dear Peter:

Enclosed are copies of Chandra Egan's text messages with Tyler Miller, bates stamped EGANSUBPOENA 0001-0131, in response to the January 22, 2020 Subpoena Duces Tecum from your office.

Sincerely,

Andrew T. Weiner

ATW:elf
Enc

Exhibit 2 - Page 1 of 1