**From:** Tawnya Ford
**Sent:** Thursday, January 30, 2020 5:11 PM
**To:** 'john@eoplaw.com' <john@eoplaw.com>; 'Tyler Smith' <tyler@ruralbusinessattorneys.com>
**Cc:** Peter Mersereau <pmersereau@mershanlaw.com>; Beth Plass <bplass@mershanlaw.com>; Tamara A. Zak <tzak@mershanlaw.com>
**Subject:** Miller v. Watson

The below dropbox link contains the subpoena response we received from Ms. Egan regarding the captioned matter.

https://www.dropbox.com/sh/54tk6eut7d4ef4z/AAC4bMpKA2KD5_JjppQUxSwNa?dl=0

Tawnya Ford, Paralegal
Mersereau Shannon LLP
111 SW Columbia Street, Suite 1100
Portland, OR  97201-5865
503-517-2409 direct
503-226-6400 main

*CONFIDENTIALITY NOTICE: This e-mail, and any attachments thereto, is intended only for the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not an intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments is strictly prohibited. If you have received this e-mail in error, please notify me immediately by returning it and permanently delete the original, any copies and any printout thereof.*