UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. ) 3:18-cv-00562-SB |
| STEVE WATSON, an individual, JEFFREY DICKERSON, an individual, STEVE SALLE, an individual, JOHN DOE DEFTS. 1-5, AKIN BLITZ, an individual, and BULLARD LAW, P.C., an Oregon professional corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

DEPOSITION OF

CHANDRA MARIE EGAN

Taken in behalf of the Plaintiff

\* \* \*

February 4, 2020

1000 SW Broadway, Suite 2000

Portland, Oregon

Ashley L. Aronson

Court Reporter

Exhibit 4 - Page 1 of 2

Chandra Egan                                          February 4, 2020

                                                                    2

```
 1                   APPEARANCES:

 2   For the Plaintiff:      MR. JOHN D. OSTRANDER
                             Attorney at Law
 3                           707 SW Washington Street
                             Suite 1500
 4                           Portland, Oregon 97205
                             503-224-7112
 5                           john@eoplaw.com

 6   For the Defendant,      MS. BETH PLASS
     Watson:                 Attorney at Law
 7                           111 SW Columbia
                             Suite 1100
 8                           Portland, Oregon 97201
                             503-517-2408
 9                           bplass@mershanlaw.com

10   For the Witness,        MR. ANDREW WEINER
     Egan:                   Attorney at Law
11                           1000 SW Broadway Street
                             Suite 2000
12                           Portland, Oregon 97205
                             503-222-4499 x1214
13                           atw@hartwagner.com

14   Also Present:           (None)

15

16                     INDEX

17   EXAMINATION BY                             PAGE NO.

18   Mr. Ostrander                              3 - 33

19

20                   EXHIBITS

21   No. 1 Text messages from 2015                 9

22   No. 2 Text messages from 2016                14

23   No. 3 Facebook post                          26

24

25
```

                    Lehmann Court Reporting, Inc.
                 (503) 223-4040 *** (360) 553-2131

Exhibit 4 - Page 2 of 2