Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
<u>Attorneys for Defendants</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>　　　　Defendants. | Case No 3:23-cv-00293-SI<br><br>**DECLARATION OF KAREN O'KASEY IN SUPPORT OF MOTION TO QUASH** |

I, Karen O'Kasey, declare as follows:

1.　　I represent defendants in the above-entitled matter.

2.　　Attached as Exhibit 1 to this declaration is a copy of the subpoena served on

Michael Fletcher.

///

///

///

**Page 1 – DECLARATION OF KAREN O'KASEY IN SUPPORT OF MOTION TO QUASH**

3. Attached as Exhibit 2 to this declaration is a copy of the subpoena served on Chandra Egan.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 18th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　*/s/ Karen O'Kasey*
　　　　　　　　　　　　　　　　　　　　Karen O'Kasey

**Page 1 – DECLARATION OF KAREN O'KASEY IN SUPPORT OF MOTION TO QUASH**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2023, I served the foregoing

**DECLARATION OF KAREN O'KASEY IN SUPPORT OF MOTION TO QUASH** on the

following party at the following address:

    Clifford S. Davidson
    Drew L. Eyman
    Snell & Wilmer LLP
    1455 SW Broadway Ste 1750
    Portland OR  97201
      *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

        */s/ Karen O'Kasey*
        Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**