Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
    Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>　　　　Defendants. | Case No 3:23-cv-00293-SI<br><br>**DECLARATION OF MICHAEL FLETCHER IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |

I, Michael Fletcher, declare as follows:

1.　I am the Executive Director of Columbia 911 Communications District.

2.　I make this declaration in support of defendants' response to plaintiff's motion for a preliminary injunction.

3.　The C911 offices are not open to the general public. The offices are located behind a locked gate and members of the public can only gain entrance during the times in which the meeting room in the office is open for a public meeting.

Page 1 – DECLARATION OF MICHAEL FLETCHER IN SUPPORT OF RESPONSE TO MOTION FOR PRELMINARY INJUNCTION

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

4. The door to the C911 offices is also locked and members of the public can only gain access during the times that the meeting room is being used for a public meeting. Otherwise, the parking lot and offices of C911 Communications District are closed to the public.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 26 day of April, 2023.

_____
Michael Fletcher

Page 1 – DECLARATION OF MICHAEL FLETCHER IN SUPPORT OF RESPONSE TO MOTION FOR PRELMINARY INJUNCTION

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2023, I served the foregoing **DECLARATION OF MICHAEL FLETCHER IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** on the following party at the following address:

Clifford S. Davidson
Drew L. Eyman
Snell & Wilmer LLP
1455 SW Broadway Ste 1750
Portland OR  97201
   *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

/s/ Karen O'Kasey
Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301