Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
<u>Attorneys for Defendants</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual<br><br>Plaintiff,<br><br>v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>Defendants. | Case No 3:23-cv-00293-SI<br><br>**DECLARATION OF KAREN O'KASEY IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |

I, Karen O'Kasey, declare as follows:

1. I represent defendants in the above-entitled matter.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the investigative report authored by Heather Van Meter and delivered to general counsel for C911 on February 6, 2023.

///

///

**Page 1 – DECLARATION OF KAREN O'KASEY IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of April, 2023.

/s/ *Karen O'Kasey*
Karen O'Kasey

Page 1 – DECLARATION OF KAREN O'KASEY IN
SUPPORT OF RESPONSE TO MOTION FOR
PRELIMINARY INJUNCTION

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of April, 2023, I served the foregoing **DECLARATION OF KAREN O'KASEY IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** on the following party at the following address:

Clifford S. Davidson
Drew L. Eyman
Snell & Wilmer LLP
1455 SW Broadway Ste 1750
Portland OR  97201
   *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

　　　　　　　　　　　　　　　　　　　　*/s/ Karen O'Kasey*
　　　　　　　　　　　　　　　　　　　　Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**