Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
    <u>Attorneys for Defendants</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>    Defendants. | Case No 3:23-cv-00293-SI<br><br>**DECLARATION OF HEATHER VAN METER IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |

I, Heather Van Meter, declare as follows:

    1.    I am an employment and labor lawyer at Bullard Law and have represented Columbia 9-1-1 Communications District since November 2021. I performed the investigation into employee complaints regarding Tyler Miller's behavior towards them, which culminated in my investigative report. Attached as Exhibit 1 is a true and correct copy of my investigative report ("Report").

    2.    I make this declaration in support of defendants' response to plaintiff's motion for

**Page 1 – DECLARATION OF HEATHER VAN METER IN SUPPORT OF RESPONSE TO MOTION FOR PRELMINARY INJUNCTION**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

a preliminary injunction. I have personal knowledge of the following and am competent to testify to the same.

3. In the first week of January 2023, I was asked by C911 to investigate an employee complaint and reported fear relating to non-employee Tyler Miller. This date was before Tyler Miller attended the district board meeting on January 11, 2023, and sent the email to Mr. Fletcher on January 11, 2023. During the course of my investigation, I was unaware of Mr. Miller's attendance or any statements he made at the meeting and was unaware of Mr. Miller's email to Mike Fletcher. I also was unaware, during the course of my investigation, of Mr. Miller's February 17, 2023, Facebook post. As an employment and labor attorney, my scope of work for C911 would not include such matters.

4. During the course of my investigation, I attempted to interview five employees. Only four employees would speak with me. I understand the fifth employee that I wanted to interview refused to meet with me for fear of retaliation or reprisals by Tyler Miller. I also had information about two other employees, including one who was retiring in part due to Mr. Miller's antagonism and the resulting job stress, and another who experienced significant job stress due to Mr. Miller's bullying and anti-social behavior. During my interviews, I was informed that other C911 employees have departed over the years at least in part due to Mr. Miller's inappropriate behavior, and that this staff turnover has and continues to negatively impact C911 and its operations.

5. In early 2022, at C911's request, I took over as the contact for C911 for all Tyler Miller public records requests. This was done due to Mr. Miller's consistently combative tone and threatening, bullying language in his public records requests, and the resulting level of stress this caused the employee responsible for responding to public records requests, Dannell Hooper.

Page 1 – DECLARATION OF HEATHER VAN METER IN SUPPORT OF RESPONSE TO MOTION FOR PRELMINARY INJUNCTION

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

Mr. Miller routinely threatens retaliatory actions against either C911 or one of its employees if C911 does not do exactly as he demands and exactly when he demands it in terms of public records requests. Since I have taken over communications with Mr. Miller on his public records requests, I found his prior inappropriate behavior towards C911 employees consistent with how he communicates with me on public records requests.

6. As an example, attached as Exhibit 2 is a recent email I received from Mr. Miller regarding a public records request, including his reference to and accusations about my investigation and Report that was produced as part of this litigation. This is but one of many examples of similar communications between me and Mr. Miller. This type of communication helped corroborate the C911 employee reports of consistently antagonistic, anti-social behavior towards them and helped inform my Report conclusions and recommendations. While Mr. Miller has a right to make public records requests, public employees are not intended to be, and should not be, verbally abused in the process. As part of my Report, I considered that C911 employees have a right to an abuse- and harassment-free workplace.

7. In addition to the employee interviews described in the Report, my Report conclusions and recommendations also were informed by Mr. Miller's past dealings with potential vendors with C911. Specifically, a vendor declined to work with C911 because of Mr. Miller's bullying and antagonistic behavior towards the vendor's employees. This arose in a situation in which Mr. Miller was merely a subcontractor to a C911 professional services provider, and where Mr. Miller appears to have substantially overstepped his boundaries and scope of work while bullying and antagonizing the C911 vendor. I considered this as additional validation of the employee complaints and concerns about Mr. Miller because they came from a third-party source, not employed by C911. I also considered that this vendor incident occurred a

Page 1 – DECLARATION OF HEATHER VAN METER IN SUPPORT OF RESPONSE TO MOTION FOR PRELMINARY INJUNCTION

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

few years prior, but that Mr. Miller's improper behavior and lack of boundaries existed both then and now, corroborating the ongoing reports and concerns by C911 employees. The employee complaints described in my Report are apparently part of a long-standing pattern of improper behavior by Mr. Miller.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 5th day of May, 2023.

*/s/ Heather Van Meter*
Heather Van Meter

**Page 1 – DECLARATION OF HEATHER VAN METER IN SUPPORT OF RESPONSE TO MOTION FOR PRELMINARY INJUNCTION**

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2023, I served the foregoing **DECLARATION OF HEATHER VAN METER IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** on the following party at the following address:

    Clifford S. Davidson
    Drew L. Eyman
    Snell & Wilmer LLP
    1455 SW Broadway Ste 1750
    Portland OR  97201
      *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

        */s/ Karen O'Kasey*
        Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**