**From:** Heather Van Meter <HVanMeter@bullardlaw.com>
**Sent:** Wednesday, May 3, 2023 12:12 PM
**To:** Tyler Miller <tjm@millermendel.com>
**Cc:** csdavidson@swlaw.com; Karen O'Kasey <KOK@hartwagner.com>
**Subject:** RE: Columbia 911 website

Mr. Miller: I responded to your message in the same helpful manner I would respond to any other requestor. Your ascribing ill intent is incorrect. Regardless, the public records request has been satisfied.

As your message appears to mention a pending lawsuit, I am obliged to copy counsel involved in that lawsuit. I make no comment or response on the remainder of your message that is not related to the public records request.

**Heather J. Van Meter** | partner
bullard law | 503.248.1134 | f 503.224.8851
hvanmeter@bullardlaw.com | d 503.721.2669 |c 360.949.9100
200 SW Market St Ste 1950 Portland OR 97201
Legal Assistant: Kelly Madden

This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** Tyler Miller <tjm@millermendel.com>
**Sent:** Tuesday, May 2, 2023 5:24 PM
**To:** Heather Van Meter <HVanMeter@bullardlaw.com>
**Subject:** RE: Columbia 911 website

1

Exhibit 2 - Page 1 of 3

Ms. Van Meter,

I find your below comments to be disingenuous. For example, from your sham investigation report you wrote about me, you are very aware of my background in computers and software.

Further, my message about this topic from last evening, also expresses concern about the lack of ability to **download** the videos without paying a fee. My last email did not express that I had a problem figuring out how to play the videos on YouTube.

I have requested copies of the recordings and that is what the public records request is for. If you are not going to provide those, I will file an appeal with the DA.

I wasn't aware that downloading records was considered "manipulation".

Tyler Miller

---

**From:** Heather Van Meter <HVanMeter@bullardlaw.com>
**Sent:** Tuesday, May 2, 2023 5:14 PM
**To:** Tyler Miller <tjm@millermendel.com>
**Subject:** RE: Columbia 911 website

Mr. Miller: I am sorry if you misconstrued my message as rude, I was attempting to be helpful to you.  I understood you were having difficulty with the YouTube videos, so provided the link and confirmed it was working fine, and also provided the link to the general website.  As you have confirmed you are able to view the videos, and have done so, the public records requests are satisfied.  Should you choose to do additional manipulations of the videos or any other public records, that is your choice, but the District is not required to assist you on such endeavors.

**Heather J. Van Meter** | partner
bullard law | 503.248.1134 | f 503.224.8851
hvanmeter@bullardlaw.com | d 503.721.2669 |c 360.949.9100
200 SW Market St Ste 1950 Portland OR 97201
Legal Assistant: Kelly Madden

This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

**From:** Tyler Miller <tjm@millermendel.com>
**Sent:** Tuesday, May 2, 2023 4:51 PM
**To:** Heather Van Meter <HVanMeter@bullardlaw.com>
**Subject:** RE: Columbia 911 website

Good Evening Ms. Van Meter:

Thanks (I think) for the rude remarks. You never disappoint in that area; it is apparent your personal feeling get in the way of your professional obligations.

My comments I replied with last night were about *the ability to download the videos*. I already provided that I located the videos on YouTube, rather than under the meeting's page where they have traditionally been posted.

I did not request *inspection* of records, in other words, records a third party remains to have the only copy of. I requested *actual copies* of the records, therefore I expected downloadable copies I can retain for use as needed in the future for advocacy, assisting my free speech rights, etc.

Please provide a link to download the video that does not include paying a private company to obtain public records of a public entity.

Thanks again,
Tyler Miller

**From:** Heather Van Meter <HVanMeter@bullardlaw.com>
**Sent:** Tuesday, May 2, 2023 4:43 PM
**To:** Tyler Miller <tjm@millermendel.com>
**Subject:** Columbia 911 website

Mr. Miller:
Here is the link to the Youtube videos from the website: https://www.youtube.com/@columbia911
And link to the website: https://www.columbia911.com/
I just checked again and clicking on the YouTube channel gives you the list of meetings and ability to play the videos just fine.
Perhaps if you need computer tutorials or assistance you have a friend you could contact? BestBuy also has Geek Squad which is quite reliable.

Heather Van Meter
Bullard Law