Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
<u>Attorneys for Defendants</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>    Defendants. | Case No 3:23-cv-00293-SI<br><br>**SUPPLEMENTAL DECLARATION OF KAREN O'KASEY IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |

I, Karen O'Kasey, declare as follows:

1. I represent defendants in the above-entitled matter.

2. Attached to this declaration as Exhibit 2 is a true and correct copy of an email from plaintiff to C911 Director Michael Fletcher and board member Rob Anderson of May 4, 2023. This email violates the no contact letter sent to Mr. Miller. The temporary restraining order issued by the court applied only to the ban of plaintiff from in-person public board meetings.

**Page 1 – SUPPLEMENTAL DECLARATION OF KAREN O'KASEY IN SUPPOROF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

3.     Attached as Exhibit 3 is a series of emails between Mr. Miller, purportedly acting in his capacity as a city councilor for the City of Scappoose, and Heather Van Meter, who is currently handling all public records requests due to Mr. Miller's behavior towards C911 employees. This email is yet another example of Mr. Miller's violation of the no contact order and antagonistic communications with C911 representatives.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 5th day of May, 2023.

/s/ Karen O'Kasey
Karen O'Kasey

**Page 1 – SUPPLEMENTAL DECLARATION OF KAREN O'KASEY IN SUPPOROF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION**

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2023, I served the foregoing **SUPPLEMENTAL DECLARATION OF KAREN O'KASEY IN SUPPORT OF RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** on the following party at the following address:

> Clifford S. Davidson
> Drew L. Eyman
> Snell & Wilmer LLP
> 1455 SW Broadway Ste 1750
> Portland OR  97201
>     *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

>                    */s/ Karen O'Kasey*
>                    Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**