**From:** Heather Van Meter <HVanMeter@bullardlaw.com>
**Sent:** Thursday, May 4, 2023 6:37 PM
**To:** Tyler Miller <tjm@millermendel.com>
**Cc:** Karen O'Kasey <KOK@hartwagner.com>; Davidson, Clifford <csdavidson@swlaw.com>; Michael Peterkin (mwp@peterkinpc.com) <mwp@peterkinpc.com>
**Subject:** Re: Clackamas County "C800" Equipment

Mr. Miller: there will be no further response to your email message. Public records requests go through the district website, as you know.

Heather Van Meter
Bullard Law

---

**From:** Tyler Miller <tjm@millermendel.com>
**Sent:** Thursday, May 4, 2023 16:18
**To:** Heather Van Meter <HVanMeter@bullardlaw.com>
**Subject:** Re: Clackamas County "C800" Equipment

1) The ORS does not require me to use a specific method for submitting a public records request. In fact, the requests can be submitted a multitude of ways.

2) The information sought is information sought, period. What you classify it as is on you.

3) The request and response will be made public since this is a public interest matter.

Tyler Miller

> On May 4, 2023, at 4:12 PM, Heather Van Meter <HVanMeter@bullardlaw.com> wrote:
>
> Mr. Miller: Your email was forwarded to me because the content is a public records request. Please use the public records request form provided on the District's website for all public records requests, as all requesters do.

1

Exhibit 3 - Page 1 of 3

You are not authorized to make public records requests by email to individual District representatives or employees, and I ask that you refrain from doing so.

Additionally, this appears to possibly relate to pending litigation, as such the attorneys involved in the pending litigation are copied here.

**Heather J. Van Meter** | partner

bullard law | 503.248.1134 | f 503.224.8851

hvanmeter@bullardlaw.com | d 503.721.2669 |c 360.949.9100

200 SW Market St Ste 1950 Portland OR 97201

Legal Assistant: Kelly Madden

This email may contain confidential or privileged information. If you believe you have received it in error, please notify the sender immediately and delete this message without copying or disclosing it.

---

**From:** Tyler Miller <tmiller@cityofscappoose.org>
**Sent:** Thursday, May 4, 2023 2:04 PM
**To:** Michael Fletcher <mfletcher@columbia911.com>
**Cc:** Rob Anderson <randerson@columbia911.com>; rob503@comcast.net
**Subject:** Clackamas County "C800" Equipment

Hello Mr. Fletcher,

Over the course of several C911CD public meetings, you have talked about Clackamas County's unused, pre-owed Motorola radio station equipment they are offering for sale to C911CD. You have said repeatedly that Clackamas County is offering the equipment at "2017 prices, plus 40% off". Not once have I heard what the actual price is for this equipment and what all it includes.

It is on the record, from months ago, the equipment inventory from Clackamas County was completed and forwarded to Federal Engineering, and Motorola for their December 2022 presentation. In my previous public records request where I requested all communications with Clackamas County (C800) and Federal Engineering, no records were provided containing the actual list of equipment and the actual pricing.

For transparency, I am asking that you reply with a detailed list of the equipment Clackamas County is offering to C911CD, along with the complete pricing of this equipment, as offered by Clackamas County. I would very much appreciate this information within the next 5 to 7 days. I believe the public is entitled to this information, at this time, as it is information you have in your possession and not subject to any type of exemption - it is well within the public's interest and related to a multimillion-dollar procurement that will use public funds.

In the alternative, I would ask Rob Anderson to provide this information to me as our zone's C911CD elected board member, representing the Scappoose community.

Thank you in advance.

**Tyler Miller**
City Councilor

City of Scappoose, Oregon
(503) 543-7146  City Hall
(206) 491-6904  Mobile

City Website

**Public Records Law Disclosure:** This email may be a public record, subject to public disclosure unless exempt from disclosure under Oregon Public Records Law.  Any reply to this email may be a public record, subject to public disclosure unless exempt from disclosure under Oregon Public Records Law.