UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVE WATSON, an individual, ) <br> JEFFREY DICKERSON, an individual, ) <br> STEVE SALLE, an individual, JOHN ) <br> DOE DEFTS. 1-5, AKIN BLITZ, an ) <br> individual, and BULLARD LAW, P.C., ) <br> an Oregon professional corporation,) <br> ) <br> Defendants. ) <br> ) | Case No. <br> 3:18-cv-00562-SB |

DEPOSITION OF

CHANDRA MARIE EGAN

Taken in behalf of the Plaintiff

\* \* \*

February 4, 2020

1000 SW Broadway, Suite 2000

Portland, Oregon

Ashley L. Aronson

Court Reporter

Exhibit 2
Page 1 of 6

```
 1                    APPEARANCES:

 2    For the Plaintiff:      MR. JOHN D. OSTRANDER
                              Attorney at Law
 3                            707 SW Washington Street
                              Suite 1500
 4                            Portland, Oregon 97205
                              503-224-7112
 5                            john@eoplaw.com

 6    For the Defendant,      MS. BETH PLASS
      Watson:                 Attorney at Law
 7                            111 SW Columbia
                              Suite 1100
 8                            Portland, Oregon 97201
                              503-517-2408
 9                            bplass@mershanlaw.com

10    For the Witness,        MR. ANDREW WEINER
      Egan:                   Attorney at Law
11                            1000 SW Broadway Street
                              Suite 2000
12                            Portland, Oregon 97205
                              503-222-4499 x1214
13                            atw@hartwagner.com

14    Also Present:           (None)

15

16                       INDEX

17    EXAMINATION BY                                    PAGE NO.

18    Mr. Ostrander                                     3 - 33

19

20                       EXHIBITS

21    No. 1 Text messages from 2015                     9

22    No. 2 Text messages from 2016                     14

23    No. 3 Facebook post                               26

24

25
```

Chandra Egan                                              February 4, 2020

3

```
 1           PORTLAND, OREGON; TUESDAY, FEBRUARY 4, 2020
 2                           9:30 a.m.
 3                            *  *  *
 4                       CHANDRA MARIE EGAN
 5       called as a witness in behalf of the Plaintiff,
 6          having first been sworn by the Reporter,
 7                     testifies as follows:
 8                          EXAMINATION
 9   BY MR. OSTRANDER:
10       Q.   Please state your full name.
11       A.   Chandra Marie Egan.
12       Q.   Have you ever been deposed before?
13       A.   No.
14       Q.   You understand that I'm taking your
15   deposition this morning?
16       A.   Yes.
17       Q.   And you understand that you are under oath?
18       A.   Yes.
19       Q.   And that the court reporter is taking down
20   everything that is said today?
21       A.   Yes.
22       Q.   And do you understand that your testimony
23   today may be used for various purposes throughout this
24   lawsuit or at trial?
25       A.   Yes.
```

Lehmann Court Reporting, Inc.
(503) 223-4040 *** (360) 553-2131

Exhibit 2
Page 3 of 6

```
 1      Q.    (By Mr. Ostrander) You understand you're
 2   still under oath?
 3      A.    Yes.
 4      Q.    So you saw Mr. Watson at this APCO
 5   conference.  Did you talk at that time?
 6      A.    We said hello.
 7      Q.    Anything else?
 8      A.    No.
 9      Q.    And you said you saw him perhaps one other
10   occasion.  Do you recall that?
11      A.    Yes.
12      Q.    What was that?
13      A.    We drove by each other and waved.
14      Q.    Anything else?
15      A.    No.
16      Q.    Do you know Tyler Miller?
17      A.    Yes.
18      Q.    When did you first meet Mr. Miller?
19      A.    I don't remember.
20      Q.    Do you remember the circumstances of when you
21   first met him?
22      A.    He was a reserve deputy and I was a
23   dispatcher.
24      Q.    At any time did you consider Mr. Miller a
25   friend?
```

1     A.   No.
2     Q.   Were you ever on friendly terms with him?
3     A.   Yes.
4     Q.   Are you still on friendly terms with him?
5     A.   No.
6     Q.   And why not?
7     A.   I chose to start making my personal life and
8  my professional life separate.
9     Q.   Is there anything that triggered the -- any
10 instance that triggered a termination of considering
11 Mr. Miller someone that you're on friendly terms with?
12    A.   No.
13    Q.   I'm going to hand you an exhibit.
14         MR. OSTRANDER:  If you can mark this as
15 Exhibit 1 to this deposition.
16         (Deposition Exhibit No. 1 was marked for
17 identification.)
18    Q.   (By Mr. Ostrander) What I'm handing you
19 marked as Exhibit 1 are four pages.  At the bottom
20 right-hand corner it says, Egan subpoena 0011 through
21 0014.  Can you identify what these are?
22    A.   Text messages between Tyler Miller and I.
23    Q.   Okay.  And did you -- and it looks like the
24 ones that are copied here are in the 2015 time period.
25    A.   Yes.

Chandra Egan                                                February 4, 2020
                                                                          34

```
 1    STATE OF OREGON      )
                           )
 2                         )   C E R T I F I C A T E
      COUNTY OF MULTNOMAH  )
 3
 4
 5         I, Ashley L. Aronson, a Notary Public in and
 6    for the State of Oregon, certify that the deposition
 7    of CHANDRA MARIE EGAN occurred at the time and place
 8    set forth in the caption hereof; that at said time and
 9    place I reported in Stenotype all the testimony
10    adduced and other oral proceedings had in the
11    foregoing matter; that thereafter my notes were
12    reduced to typewriting under my direction and the
13    foregoing transcript, pages 1 through 33, both
14    inclusive, contains a full, true and correct record of
15    all such testimony adduced and oral proceedings had
16    and of the whole thereof.
17         Witness my hand and Notarial seal at
18    Portland, Oregon, this 18th day of February, 2020.
19
20
21
22                         _____
                           ASHLEY L. ARONSON
23                         Notary Public for the State of
                           Oregon, residing at Portland
24                         Commission No. 979842
                           My Commission Expires: 10/1/2022
25
```