Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>        Defendants. | Case No. 3:23-cv-00293-SI<br><br>DECLARATION OF PETER McHUGH |

I, Peter McHugh, declare as follows:

1. My Name is Peter McHugh. I am a Scappoose resident and Scappoose City Councilor with Tyler Miller. I am over the age of 18. I make this declaration based on personal knowledge unless otherwise noted. If called upon to do so, I would testify truthfully as follows.

2. I retired from the Scappoose School District after serving as a principal for 20 years.

3. I have been a City Councilor since October 2019.

4. I have attended four recent Columbia 9-1-1 Communications District (C911CD) Board Meetings and one radio system presentation, hosted by the C911CD.

5. At each of the meetings, and the presentation, Tyler Miller has been nothing less than professional, polite, and courteous. Tyler Miller has advocated for public safety and the interest of our taxpayers in each of his public comments to the C911CD Board of Directors and done so in an exceptional manner.

6. I have been present for dozens of city council meetings and community events with Tyler Miller. Tyler Miller has always been professional, polite and courteous in all interactions I have observed.

7. Tyler Miller is an asset to the City Council and the greater Columbia County community. I am proud to serve our community and call him a fellow city councilor.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on March 8, 2023, at  Scappoose  11:35 AM , Oregon.

Peter McHugh

4870-7166-6773

Page 1 – McHUGH DECLARATION