Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>        Defendants. | Case No. 3:23-cv-00293-SI<br><br>DECLARATION OF PETER O. WATTS |

I, Peter O. Watts, declare as follows:

1. I am the City Attorney for Scappoose, Oregon, and I make this declaration in that capacity and based on my personal knowledge. If called upon to do so, I would testify truthfully as follows.

2. During the last two months I have had multiple phone calls with Michael Peterkin, who provides legal services to the Columbia 9-1-1 Communications District.

3. Mr. Peterkin did not confer with me prior to trespassing Councilor Miller. Additionally, Mr. Peterkin had not raised any concerns related to the behavior of Councilor Miller, or his actions during public meetings, during any of our phone calls.

4. My experience with Councilor Miller is that he is extremely polite during public meetings, and I have never observed any disruptions by him.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on March 7, 2023, at West Linn, Oregon.

*Peter O. Watts* (signature)

Peter O. Watts OSB 025368

4889-4840-6613