```
              UNITED STATES DISTRICT COURT

                  DISTRICT OF OREGON

                   PORTLAND DIVISION


TYLER MILLER, an individual,        )
                                    )
        Plaintiff,                  )
                                    )
        vs.                         )   Case No.
                                    )   3:18-cv-00562-SB
STEVE WATSON, an individual,        )
JEFFREY DICKERSON, an individual,   )
STEVE SALLE, an individual, JOHN    )
DOE DEFTS. 1-5, AKIN BLITZ, an      )
individual, and BULLARD LAW, P.C.,  )
an Oregon professional corporation, )
                                    )
        Defendants.                 )
                                    )


                    DEPOSITION OF

                 CHANDRA MARIE EGAN

          Taken in behalf of the Plaintiff

                     *   *   *

                  February 4, 2020

            1000 SW Broadway, Suite 2000

                  Portland, Oregon
```

Ashley L. Aronson

Court Reporter

Exhibit 1
Page 1 of 6

Chandra Egan                                                February 4, 2020

                                                                         2

```
 1                        APPEARANCES:

 2     For the Plaintiff:      MR. JOHN D. OSTRANDER
                               Attorney at Law
 3                             707 SW Washington Street
                               Suite 1500
 4                             Portland, Oregon 97205
                               503-224-7112
 5                             john@eoplaw.com

 6     For the Defendant,      MS. BETH PLASS
       Watson:                 Attorney at Law
 7                             111 SW Columbia
                               Suite 1100
 8                             Portland, Oregon 97201
                               503-517-2408
 9                             bplass@mershanlaw.com

10     For the Witness,        MR. ANDREW WEINER
       Egan:                   Attorney at Law
11                             1000 SW Broadway Street
                               Suite 2000
12                             Portland, Oregon 97205
                               503-222-4499 x1214
13                             atw@hartwagner.com

14     Also Present:           (None)

15

16                        INDEX

17     EXAMINATION BY                                       PAGE NO.

18     Mr. Ostrander                                        3 - 33

19

20                        EXHIBITS

21     No. 1 Text messages from 2015                        9

22     No. 2 Text messages from 2016                        14

23     No. 3 Facebook post                                  26

24

25
```

Lehmann Court Reporting, Inc.
(503) 223-4040 *** (360) 553-2131

Exhibit 1
Page 2 of 6

```
 1            PORTLAND, OREGON; TUESDAY, FEBRUARY 4, 2020

 2                          9:30 a.m.

 3                          *  *  *

 4                      CHANDRA MARIE EGAN

 5        called as a witness in behalf of the Plaintiff,

 6           having first been sworn by the Reporter,

 7                     testifies as follows:

 8                          EXAMINATION

 9   BY MR. OSTRANDER:

10       Q.   Please state your full name.

11       A.   Chandra Marie Egan.

12       Q.   Have you ever been deposed before?

13       A.   No.

14       Q.   You understand that I'm taking your

15   deposition this morning?

16       A.   Yes.

17       Q.   And you understand that you are under oath?

18       A.   Yes.

19       Q.   And that the court reporter is taking down

20   everything that is said today?

21       A.   Yes.

22       Q.   And do you understand that your testimony

23   today may be used for various purposes throughout this

24   lawsuit or at trial?

25       A.   Yes.
```

```
 1      Q.   (By Mr. Ostrander) You understand you're
 2   still under oath?
 3      A.   Yes.
 4      Q.   So you saw Mr. Watson at this APCO
 5   conference.  Did you talk at that time?
 6      A.   We said hello.
 7      Q.   Anything else?
 8      A.   No.
 9      Q.   And you said you saw him perhaps one other
10   occasion.  Do you recall that?
11      A.   Yes.
12      Q.   What was that?
13      A.   We drove by each other and waved.
14      Q.   Anything else?
15      A.   No.
16      Q.   Do you know Tyler Miller?
17      A.   Yes.
18      Q.   When did you first meet Mr. Miller?
19      A.   I don't remember.
20      Q.   Do you remember the circumstances of when you
21   first met him?
22      A.   He was a reserve deputy and I was a
23   dispatcher.
24      Q.   At any time did you consider Mr. Miller a
25   friend?
```

```
 1      A.   No.
 2      Q.   Were you ever on friendly terms with him?
 3      A.   Yes.
 4      Q.   Are you still on friendly terms with him?
 5      A.   No.
 6      Q.   And why not?
 7      A.   I chose to start making my personal life and
 8   my professional life separate.
 9      Q.   Is there anything that triggered the -- any
10   instance that triggered a termination of considering
11   Mr. Miller someone that you're on friendly terms with?
12      A.   No.
13      Q.   I'm going to hand you an exhibit.
14           MR. OSTRANDER:  If you can mark this as
15   Exhibit 1 to this deposition.
16           (Deposition Exhibit No. 1 was marked for
17   identification.)
18      Q.   (By Mr. Ostrander) What I'm handing you
19   marked as Exhibit 1 are four pages.  At the bottom
20   right-hand corner it says, Egan subpoena 0011 through
21   0014.  Can you identify what these are?
22      A.   Text messages between Tyler Miller and I.
23      Q.   Okay.  And did you -- and it looks like the
24   ones that are copied here are in the 2015 time period.
25      A.   Yes.
```

```
 1                        C E R T I F I C A T E

 2      STATE OF OREGON        )
                               )
 3      COUNTY OF MULTNOMAH    )

 4

 5            I, Ashley L. Aronson, a Notary Public in and

 6      for the State of Oregon, certify that the deposition

 7      of CHANDRA MARIE EGAN occurred at the time and place

 8      set forth in the caption hereof; that at said time and

 9      place I reported in Stenotype all the testimony

10      adduced and other oral proceedings had in the

11      foregoing matter; that thereafter my notes were

12      reduced to typewriting under my direction and the

13      foregoing transcript, pages 1 through 33, both

14      inclusive, contains a full, true and correct record of

15      all such testimony adduced and oral proceedings had

16      and of the whole thereof.

17            Witness my hand and Notarial seal at

18      Portland, Oregon, this 18th day of February, 2020.

19

20

21

22      ASHLEY L. ARONSON
        Notary Public for the State of
23      Oregon, residing at Portland
        Commission No. 979842
24      My Commission Expires:  10/1/2022

25
```