

**EGANSUBPOENA 0108** Exhibit 2
Page 1 of 1