**COLUMBIA 9-1-1 COMMUNICATIONS DISTRICT**
**Minutes of the Board of Directors Regular Meeting**
**September 22, 2022**

| | |
|---|---|
| **MEETING CALLED TO ORDER:** | Board President Holsey called the Board of Directors Regular Meeting to order on Thursday, September 22, 2022, at 6:30p.m. at the C911CD Meeting Room, St. Helens, Oregon and via Zoom. |
| **MEMBERS PRESENT:** | Bruce Holsey, Rob Anderson, Shelley Hennessy, Jeff Flatt (in person), Henry Heimuller (via Zoom) |
| | Staff Present:  Mike Fletcher, Nancy Edwards, Nathan Hughes, Dannell Hooper, Maryjo Beck (in person), Chandra Egan (via Zoom) |
| **GUESTS PRESENT:** | Kenneth Border, Col. Co. Probation Officer |
| | Kriston Plantz, citizen |
| | Tyler Aldridge, citizen |
| | Tyler Miller, Scappoose City Councilor |

Roll call was done.

**PUBLIC COMMENT:**
Miller gave testimony on the Bald Hill radio site, the performance and reliability of the current radio system and in building/in school radio system coverage.

**ADDITIONS TO AGENDA:**
No additions were made to the agenda.

**ADOPTION OF FISCAL YEAR 2022-2023 MEETING SCHEDULE:**
Members discussed meeting times and dates.  It was agreed to alternate morning and evening meetings from month to month.

Heimuller moved and Hennessy seconded to approve the 2022-2023 meeting schedule as discussed. Motion carried unanimously.

**APPROVAL OF AUGUST 25, 2022 REGULAR MEETING MINUTES:**
Anderson moved and Flatt seconded to approve the 8/25/22 Regular Meeting minutes as presented. Motion passed unanimously.

**FINANCIAL REPORTS:**
**Acceptance of Budget Variance Report – August:**
Heimuller moved and Anderson seconded to accept the Budget Variance Report for the month of August as presented.  Motion carried unanimously.

**Approval of Expenditures:**
Anderson moved and Flatt seconded to approve the expenditures starting with check #30965 through #31009 including the electronic payments in the amount of $249,041.86.  Motion carried unanimously.

Exhibit 1
Page 1 of 2

**Minutes of the Board of Directors Regular Meeting, 9/22/22**

**Tower Acquisitions:**
Fletcher stated that we have received three of the four towers.  The fourth tower, which will be used for the Meissner site, is being stored at Day Wireless's facility.  Today, the building and the generator are being prepped for transport.

Fletcher noted that the surplus equipment is from Clackamas, not WCCCA.  He met with Motorola last week to go over what that equipment is.  Fletcher is working on a presentation for the Board.

**Haven Acres:**
Fletcher stated that work on this site is pending.  He expects to know within a couple of weeks if we can acquire a monopole that would keep our footprint small, which is what the property owner, Evenson, would prefer.

Fletcher stated that this site is rudimentary with antennas atop a telephone pole, which is not optimal.  He spoke to Evenson and they were receptive to the District making improvements to the site.  Fletcher referred to the proposal in the Board packet – he has started having preliminary negotiations with a neighboring PSAP to acquire a 150' heavy duty monopole, which would be three times taller than the pole that is currently there.  If negotiations are successful, he will begin developing a quote to have engineering studies done.

**Corey Hill:**
Fletcher reported that the insurance claim for the damage done to this site has been closed and the District has received the reimbursement checks this week for just over $23,000.

**Tow Service Contracts:**
No new update.

**Ambulance Service Area (ASA):**
Fletcher attended the County's meeting on Tuesday, where the consultant, Fitch and Associates, made a presentation to the Commissioners and the County Fire/EMS providers.  They made several recommendations. Some of those recommendations were for our District, which Fletcher completely agrees with.  It's unclear what the next step is, but Fletcher will keep the Board apprised as the County moves forward with the ASA project.

**NEW BUSINESS:**
**Policy Review – Chapter 4: Board Member Duties and Responsibilities:**
Fletcher stated that language regarding his spending authority and adjusting the public comment time limit from 10 minutes to three minutes are the only changes.  Discussion followed.

Heimuller moved and Anderson seconded to approve the updated draft of Board policies as presented.  Motion carried unanimously.

**DIRECTOR'S UPDATES:**
The following is a summary of Executive Director Fletcher's updates where he continued to address topics that have been conversations taking place at these meetings as well as in the community and other public meetings concerning our District.

**Scappoose School Radio Coverage** – Much attention has been centered on the belief that the Scappoose School District is void of any public safety radio coverage, within the schools and outside of the schools.  This is unfortunate as these stories create doubt and fear for staff, students and parents of

**COLUMBIA 9-1-1 COMMUNICATIONS DISTRICT**
**Minutes of the Joint Board of Directors and Advisory Committee Meeting**
**October 25, 2022**

| | |
|---|---|
| **Board Present:** | Bruce Holsey, Henry Heimuller, Jeff Flatt, Rob Anderson, Shelley Hennessy |
| **Advisory Present:** | Mike Russell, Josh Marks, Joe Kaczenski, Eric Smythe, Joel Medina, Shawn Carnahan, Steve Sharek, Steven Lougal, Kelly Niles, Jeff Pricher, Brian Pixley, Earl Smith, Evin Eustice |
| **Staff Present:** | Mike Fletcher, Nancy Edwards, Nathan Hughes, Dannell Hooper, Alex Edinger, Maryjo Beck, Chandra Egan |
| **Guests Present:** | Michael Peterkin – Peterkin Burgess, Greg Brody, Anna Del Savio – Spotlight, Megan Greisen, Tyler Miller |

**9:0am Meeting called to order**

**Bruce Holsey**  0:00
This Board of Directors meeting of Columbia 9-1-1 Communications District, October 25, 2022. I'm Bruce Holsey, President of the Board and would the other, the rest of the Board members like to introduce yourselves?

**Jeff Flatt**  0:16
Jeff Flatt, Rainier.

**Rob Anderson**  0:19
Rob Anderson, Scappoose.

**Henry Heimuller**  0:22
Henry Heimuller, representing the St. Helens area.

**Bruce Holsey**  0:26
Administrators

**Mike Fletcher**  0:26
Shelley's on the phone, representing the Vernonia, Mist-Birkenfeld area. Staff, we have Mike Fletcher, Executive Director, Nancy Edwards, CFO, we have Dannell Hooper, Operations Manager, Nathan Hughes, Technical Manager, Alex Edinger, Training Coordinator, Chandra Egan, CAD Specialist.  Mr. Russell.

**Mike Russell**  0:54
Okay. I'd like to open the joint meeting with the 9-1-1 Advisory Committee for October 25, 2022. I'm Mike Russell, I'm the Advisory Committee chair and I'd like to allow the other committee members to introduce themselves.

**Greg Brody**  1:14
Greg Brody, Westport Fire.

     Transcribed by https://otter.ai

Exhibit 2
Page 1 of 4

**Josh Marks**  1:16
Josh Marks representing Scappoose Fire.

**Rob Davis**  1:18
Rob Davis, Vernonia Fire.

**Joe Kaczenski**  1:20
Joe Kaczenski, Mist Birkenfeld.

**Eric Smythe**  1:22
Eric Smythe, Columbia River,

**Joel Medina**  1:24
Joel Medina, Columbia River.

**Shawn Carnahan**  1:26
Shawn Carnahan, Vernonia Police Department.

**Steve Sharek**  1:28
Steve Sharek, Clatskanie Fire District.

**Steven Lougal**  1:31
Steven Lougal, Scappoose Police.

**Mike Russell**  1:37
Yeah, go ahead Kelly.

**Kelly Niles**  1:40
Kelly Niles, Oregon Department of Forestry.

**Mike Fletcher**  1:44
And that's it sir.

**Bruce Holsey**  1:46
That's it?

**Mike Russell**  1:47
I think that's it.

**Bruce Holsey**  1:52
Okay, and the public?

**Mike Fletcher**  1:52
Yep.

**Bruce Holsey**  1:53

Transcribed by https://otter.ai

Exhibit 2
Page 2 of 4

Is there any member of the public who would like to address the Board? Remember, there is a maximum of three minutes.

**Tyler Miller**  2:01
Board President Holsey, I'd like to address, and I would also ask for consideration of a minute or two more, if needed since the Board meeting and the Advisory Committee are combined this morning. I might be able to get, I'll certainly try.

**Bruce Holsey**  2:16
We're going to try and keep it at three, please.

**Tyler Miller**  2:17
Good morning, Board and Advisory Committee. For the record, my name is Tyler Miller, Scappoose resident and Scappoose City Councilor. I'd like to address both the Board and Advisory Committee on a few topics and offer some perspective for consideration. The first is the recurring topic of the band of any radio system, whether it be VHF 700, or 800. And I'd like to encourage these two groups to exit from that conversation. And the reason is, because that is an engineering aspect that really, the engineers need to determine. And the vendor needs to determine because you all are going to ask them to guarantee and warranty their work. And for us to come forward and tell them what band and other technical specifications on an engineering level that we want them to use, and then require them to warranty their work is problematic. What I would encourage the end user groups to focus on is what your needs are for your operations to support your operations. Things like the coverage, emergency buttons, PTT ID, AVL location services, those are all things that you as an end user group should be telling the vendors and the engineers that you need. But the band, the wire in the wall, so to speak, should not really be concerning to the end users, so long as it actually works, and gives you what you need. If you plug your computer into the wall, and it works for you to do your job, why do you care what wires in the wall - that's a way to look at it. Point being if this group started driving what band and other engineering aspects are to be used by a manufacturer, you can't really expect that manufacturer, that vendor, to warranty the system. What's going to happen if there's an issue with the system, and everybody's going to be pointing fingers at each other. The vendor is going to say well, you want to VHF, and I'll remind you that back in 2018, when Motorola came out and did their presentation with Tate and others, Motorola specifically said, and there's recording, that they will not warranty VHF coverage. So again, I would encourage this group just to focus on what your need requirements are to, you know, do your job safely, and as the community expects of all you, but I wouldn't encourage you to get into the actual band. That is an engineering aspect that the engineers with, you know, all of their education as an engineer really needs to determine. The second topic I'd like to briefly discuss is owning or joining WCCCA or the CRESA system. Recently, there was an article in the Chronicle newspaper that said that a bond can only pay for the initial build of the system. A levy would have to be used to fund ongoing recurring expenses on an annual basis. If we were to partner with CRESA or WCCCA or any other service, they would charge us a per radio subscriber fee to the tune of three $400 a year per radio. That is inherently going to raise the amount of a levy that would need to be approved by the voters. The problem with that is compression. Bonds cannot cause compression, but levies do. Parts of Rainier, parts of Clatskanie, Vernonia are already in compression. If anybody doesn't know what compression is, I highly recommend they look it up because for those of you that have local option levies, it can push your rate down if another levy gets passed. If we don't own our own system, that will inherently eliminate the ability or the really the ability for schools and other providers to be on this radio system because they're not going to be able to afford a $400 per year...

**Bruce Holsey**  5:59

Transcribed by https://otter.ai

Exhibit 2
Page 3 of 4

Mr. Miller, we're at three minutes, sir. Thank you.

**Tyler Miller**  6:13
I'll email the rest of my comments to everybody. Thank you.

**Bruce Holsey**  6:15
Is there any other public comment? Hearing none. Are there any additions to the agenda that need to be made?

**Mike Fletcher**  6:29
No, sir.

**Bruce Holsey**  6:30
Okay. Official appointment, legal services General Counsel appointment.

**Mike Fletcher**  6:36
Yes, sir. So, during our special meeting of September 29, we met in executive session the Board of Directors did with legal counsel, and kind of went through the background, the steps of where we are today. And the 9-1-1 District has multiple attorneys and law firms that specialize in certain aspects of our business. Obviously, we have a labor firm that does all personnel and hiring practices and administrative for discipline and such. We also have a general counsel firm that takes care of all of our business, governmental business contracting, purchasing, construction, all sorts of non-personnel HR type legal advice. Recently, over the last couple of months, our General Counsel firm declared a conflict of interest. And that has hampered the District's ability to do some business, because they represent another entity that we deal with. So, District staff contacted our labor firm, which is a very large firm, and we asked for a recommendation for a new general counsel. They recommended Mr. Michael Peterkin. And I'm going to introduce him in just a moment, he's meeting us virtually from his office in Bend. In your packet is a bio and a photo of Mr. Peterkin. I've met with him many times over the last couple of months in preparation for what Columbia County 9-1-1 is, what Columbia County is, our business, our model, our users and some of the challenges that we have that we're ramping up to engage his services. Specifically, we have construction going on for a radio site. We're on the cusp of this District moving forward on a new radio solution. And he will play part and parcel in all of that. So, at this point, I'd like to introduce Michael Peterkin. Michael, can you hear us?

**Michael Peterkin**  9:07
Yes. Good morning. I can't see you, but I can hear you. Let me into the video yet?

**Mike Fletcher**  9:15
You are up on the big screen. Yes, sir.

**Michael Peterkin**  9:18
Okay, perfect. Well, good morning to the advisory committee. Good morning to Mr. Holsey, President. Mr. Flatt, Mr. Heimuller, Ms. Hennessy, and Mr. Anderson and the other members in attendance of the advisory committee - I didn't catch all your names, but good morning. Yes, I have met personally with Mr. Fletcher. I've talked to the attorneys at Bullard and I'm becoming familiar with the issues that confront Columbia 9-1-1 District. And so, you have my resume. I have been doing this work for 40 years; learned a few things along the way. I have, as my bio says, I have cases in the United States Supreme Court is one case, but multiple cases in the United States, the Ninth Circuit Court of Appeals, and of course, the many, many cases in the Oregon

Transcribed by https://otter.ai

Exhibit 2
Page 4 of 4