Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual, | Case No. 3:23-cv-00293-SI |
| Plaintiff, | DECLARATION OF JOE BACKUS |
| vs. | |
| HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District, | |
| Defendants. | |

DocuSign Envelope ID: 857EA511-45A1-492B-822F-BC4C7DC06F78

I, Joe Backus, declare as follows:

1. My Name is Joe Backus. I was elected the Mayor of the City of Scappoose during the November 2022 election. I am over the age of 18. I make this declaration based on personal knowledge unless otherwise noted. If called upon to do so, I would testify truthfully as follows.

2. On February 1, 2023, I met with Mike Fletcher, Executive Director of the Columbia 9-1-1 Communications District (C911CD). The purpose of this visit was to introduce myself as the new mayor of Scappoose and get a tour of the 9-1-1 facility.

3. At no time, including my February 1, 2023 meeting with Mr. Fletcher, did Mr. Fletcher mention any concerns to me about Councilor Tyler Miller. Nor has anyone from C911CD raised such concerns with me.

4. I have attended one recent in-person Board of Directors meeting at the C911CD facility. Councilor Miller was present. He was professional and polite to everyone.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on 4/10/2023, at Scappoose, Oregon.

DocuSigned by:

*Joe A Backus*
42F6B6793EC347C...

Joe Backus

4860-1844-1560

Page 1 – BACKUS DECLARATION