Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>Defendants. | Case No. 3:23-cv-00293-SI<br><br>DECLARATION OF KELLIE SMITH |

I, Kellie Smith, declare as follows:

1. My name Kellie Smith. I served as a reserve deputy sheriff for the Columbia County Sheriff's Office from 2015 to 2017. I am over the age of 18. I make this declaration based on personal knowledge unless otherwise noted. If called upon to do so, I would testify truthfully as follows.

2. I was elected to be one of three county commissioners for Columbia County in the November 2022 election. I have also served on the St. Helens School Board for many years.

3. Tyler Miller is the Scappoose City Council Liaison to the Columbia County Board of Commissioners. He attends our meetings at the courthouse almost weekly. He has always been respectful and appears to be well-liked by the Commissioners.

4. As a reserve deputy, I worked several patrol shifts with Tyler Miller. He assisted with my training as a new reserve deputy. I also worked on special projects that Tyler Miller was working on, including radio system coverage testing.

5. I have never observed or heard of Tyler Miller harassing or being unprofessional to any personnel from the Columbia 9-1-1 Communications District. I have not heard of any allegations from any party that Tyler Miller has ever been unprofessional or that he has harassed anyone.

6. My interactions with Tyler Miller have all been positive and professional. He was always willing to help me with my training and answer any questions I had. On all accounts that I am aware of, Tyler Miller was highly respected by the sheriff's office staff and other law enforcement officers throughout the county.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on April 6, 2023, at St. Helens, Oregon.

DocuSigned by:

*Kellie Smith* (signature)

1C045001284F490...

Kellie Smith

4858-9673-7109

Page 1 – SMITH DECLARATION

Snell & Wilmer
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
503.624.6800