Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual, | Case No. 3:23-cv-00293-SI |
| Plaintiff, | DECLARATION OF KRISTON PLANTZ |
| vs. | |
| HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District, | |
| Defendants. | |

I, Kriston Plantz, declare as follows:

1.  My Name is Kriston Plantz. I am over the age of 18 years old, and I live within Columbia County, Oregon. I make this declaration on personal knowledge unless otherwise indicated. If called upon to do so, I would testify truthfully as follows.

2.  Over the last several months, I have publicly posted in 30+ Facebook groups about the many problems at our Columbia 9-1-1 Communications District (C911CD), that is impacting public safety and our taxpayers. In some of my posts, I have voiced opposition to C911CD's proposals to sole-source a contract to Motorola Solutions and to join Washington County's emergency radio system.

3.  On March 23, 2023, I attended the Columbia 9-1-1 Communications District Board Meeting, via Zoom. I was blocked from seeing any other public participants on the Zoom meeting. I could only see the Executive Director and two board members, who were in the same room. I was not able to message anyone for the majority of the meeting. About halfway through the meeting, I noticed the Zoom settings had been changed and I could then message only the "host and panelists," but not any meeting attendees.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on 3/27/2023, at Scappoose, Oregon.

*DocuSigned by:*
Kriston Plantz
E6070E35F76F41D...

Kriston Plantz

4864-6155-1961

Page 1 – PLANTZ DECLARATION

Snell & Wilmer
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
503.624.6800