Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>    Defendants. | Case No. 3:23-cv-00293-SI<br><br>DECLARATION OF SHARRIE RYAN |

I, Sharrie Ryan, declare as follows:

1. My Name is Sharrie Ryan. I am over the age of 18 years old, and I live within Columbia County, Oregon. I make this declaration on personal knowledge unless otherwise indicated. If called upon to do so, I would testify truthfully as follows.

2. I run a community engagement Facebook group called "Engaged Citizens of Columbia County". I interview elected officials and post about community events and community concerns, including about the Columbia 9-1-1 Communications District's (C911CD) proposal to sole-source to Motorola Solutions.

3. On or about March 21, 2023, I posted a letter from Susan Ronning, on the Engaged Citizens of Columbia County Facebook group page. I also talked to Susan on the phone. Susan is a nationally recognized, licensed, Professional Engineer who has designed radio systems across the country for engineering firms and manufactures such as Motorola Solutions and Tait Communications. Susan's letter opposed the C911CD's sole-source proposal. I have also engaged other citizens on the topic, as well as C911CD Executive Director Mike Fletcher, to get the information out in front of our community and voters.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 – RYAN DECLARATION

4. On March 23, 2023, I attended the Columbia 9-1-1 Communications District Board Meeting, which the public was permitted to attend solely through Zoom. I was blocked from seeing any other public participants on the Zoom meeting. I could only see the Executive Director and two board members, who were in the same room. The chat feature was also disabled so I could not see or message any of the other public participants.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on 4/12/2023, at St. Helens, Oregon.

*DocuSigned by:*
*Sharrie Ryan*
55138709F1FE404...
Sharrie Ryan

4873-7931-8105