Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone:  503.624.6800
Facsimile:   503.624.6888
Attorneys for Plaintiff Tyler Miller

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>  Defendants. | Case No. 3:23-cv-00293-SI<br><br>FOURTH DECLARATION OF TYLER MILLER |

I, Tyler Miller, declare as follows:

1.  My Name is Tyler Miller. I am over the age of 18 years old. I live within Columbia County, Oregon. I make this declaration on personal knowledge unless otherwise indicated. If called upon to do so, I would testify truthfully as follows.

2.  Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an email I received from Josette Mitchell.

3.  Based on my review of the minutes of advisory committee meetings and board meetings of the Columbia 9-1-1 Communications District (the "District"), which are available on the District website at https://www.columbia911.com/meetings, Chandra Egan and I jointly attended 18 of those public meetings in person from February 2020 to February 2023.

4.  Attached hereto as <u>Exhibit 2</u> is a true and correct copy of a document I received in response to a public records request that I submitted.

5.  Attached hereto as <u>Exhibit 3</u> is a true and correct copy of a document I received in response to a public records request that I submitted.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on May 12, 2023, at Scappoose, Oregon.

*Tyler Miller*
Tyler Miller

\4870-7407-8819