| | |
|---|---|
| From: | Josette Mitchell |
| To: | Tyler Miller |
| Subject: | [External] WOW! |
| Date: | Thursday, February 23, 2023 10:02:22 AM |
| Attachments: | image001.png |

CAUTION: This email is from outside the City of Scappoose. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Tyler,

I am so sorry that they are trying to vilify you for saying what all of us are thinking.

Respectfully,

**Josette Mitchell**
City Administrator

1001 Bridge Street
Vernonia, Oregon 97064
(503) 429-5291 x106
jmitchell@vernonia-or.gov
www.vernonia-or.gov



A Great Place to Live, Work, and Play

Exhibit 1
Page 1 of 1