| | |
|---|---|
| **From:** | Kaysha Comfort |
| **To:** | Dispatchers; Nancy Edwards; Mike Fletcher; LaraMarzilli; Chandra Egan; Nathan Hughes; Maryjo Beck; Shelley Hennessy; Bruce Holsey; Sean Clark; Rob Anderson; Henry Heimuller |
| **Subject:** | Resignation |
| **Date:** | Sunday, October 10, 2021 9:05:02 AM |

To whom it may concern,

This serves as my letter of resignation from Columbia 911 Communications District. I am deeply sorry to leave on these terms and without being able to serve out a 2 week notice. Due to the extremely hostile work environment I am in, I am unable to further put my health and well-being at risk. I am tormented with nightmares about work, often having panic attacks due to the sheer thought of having to come to work. Siting in anxiety as I silently wonder to myself, how will I be tortured this time. I am physically ill my drive to work and all during my work day. My self-esteem has plummeted. I have tried to find solutions, talked with doctors, meditate, medicate, affirmations, oils and good ol' fashion sucking it up. What I realize, is that there is absolutely no human in this world worth making yourself physically ill over. I am being robbed of my life and happiness and I will no longer tolerate the behavior and mistreatment I receive.

I have been an employee of C911CD since I was 21 years old. I have never been more threatened, bullied, and disrespected than I have in the past three years by the current administration. Special attention to the two years I have served as Program Coordinator. Since acquiring the role of the program Coordinator I have been put on paid administrative leave, two performance improvement plans, and most recently endured a meeting with all four of the administrative managers where I was made aware of several things I should not be doing, yet I have never been informed of these things until this point. I have also never had a standard performance review in the three years this administration has served the district. I find it strange to withhold things and let them fester, rather than communicating and making things clear. There is no leadership or communication.

I have no history of being a problematic employee in any job I have held, including my time at C911CD, with exception to the past two years. I have never been so disliked and disregarded. I have suffered many tragedies both in my personal life and through calls I have taken in my career. I always continued to be dedicated and faithful to my career at C911CD. I was made to feel as though I wasn't doing my job, my productivity was thrown In my face and I was warned that everything at C911CD is public record and recorded, right down to every key stroke. As if I have something to hide. I refuse to be threatened, bullied, or intimidated. This is not the first time I have been spoken to as if I am some sort of criminal or liar. I am not either of those things and I will not be made out to be so. It has gotten to the point that I no longer feel safe.

I have raised concerns about the crippling anxiety I have experienced due to the lack of

Exhibit 2
Page 1 of 2

communication during my time as program Coordinator. I have tried my hardest to maintain hope for understanding and resolution, though I am not certain what I did to deserve this target on my back. It seems to have started when I applied for my current position. I was hopeful for success in working with Steven Fulmer. The district hemorrhaged thousands of dollars to help us build a team and enable us to communicate. This failed, miserably. I can no longer support or submit myself to the toxic behavior that this administration exhibits. I could go on and dig deeper into this, I could nitpick as has been done to me. I choose not to go to that level of unkindness and immaturity. I have stacks of my own documentation, notes, and investigations due to me knowing I had to protect myself. It's absolutely exhausting. I am not the only one that has feels these things. Though, I do understand the fear of speaking up and speaking out. Fear is meant to cripple you and that is exactly the tactic being applied.

To Dispatch, especially the ones I hold nearest and dearest to my heart (you know who you are) I wish you all the best. I wish you love and light. I wish you staffing and partners that help you succeed and shine. I wish for you an administration that hears you and sees you. An administration that empowers you and celebrates you and does so genuinely and without motive. I wish you a board of directors that cannot be fooled and that take the time to know you, because you're all so special. This is not an easy career and I applaud each and everyone of you for every single second you dedicate to the console.  I hope you never lose your light and what makes you, you. I hope you don't forget to live and most  importantly , I hope you always choose you first.

I appreciate your time and celebrate my time spent with C911CD. I grew up there. I raised my baby and built a home there. Now it is time for me to leave that in the past and move forward. It is time to choose me, my family, and my health.

With love,
Kaysha Comfort

Housekeeping items: I have placed my keys and gate scanner on my office desk. Nathan has my laptop and all things associated. I have my belongings that I need. Any office supplies/training supplies/and C911CD clothing I left behind that I purchase may be given away, used, or thrown out.

Exhibit 2
Page 2 of 2