| | |
|---|---|
| **From:** | Teonna Embelton |
| **To:** | sclark@columbia911.com; bholsey@columbia911.com; hheimuller@columbia911.com; shennessy@columbia911.com; randerson@columbia911.com |
| **Subject:** | Columbia County 911 |
| **Date:** | Thursday, November 11, 2021 11:22:22 AM |

Dear Board of Directors,

I would like to share my experience with you regarding my employment. You are probably not aware, but after 5 years of employment I walked off the job yesterday due to a hostile work environment. Mike Fletcher and Lara Marzilli are destroying that agency. Lara does not have any idea on how to do the job as a dispatcher at CCOM, she does not understand the functions of our CAD system and could not function as a dispatcher if and when things escalate to that point, and I believe that is where the agency is heading. She has placed her responsibilities on her lead dispatchers and it is often a question on what she actually does. She makes decisions and changes that directly effect the floor and then several months later does not recall that she implemented it. She has you fooled to believing staffing isn't an issue, take the last snow storm that hit Columbia county for example, you were lied to. We were short staffed, had a 911 outage, radio issues and no supervisors or leadership present. I nearly killed myself driving from Hillsboro everyday (the same drive mike and Lara should have been making).
I could go on and on about the short comings of the mangers there but I don't have the time or desire to come off as bitter. What I am imploring you to do is meet with the dispatchers, speak with them without Mike and Lara. I promise you their voices aren't being heard, we went from an agency that valued the dispatchers to treating them like children who don't have ideas and opinions. I am asking you look at Lara's job description when she was first hired to what it is now. Note the changes she made and there you will find exactly where her short comings are and the frustrations the floor has for her.
I am sad that my employment at CCOM ended the way it did, I am disappointed that I let a manger like Lara effect me the way she did. I would like to also show you what kind of director mike is, as he never even called to see what happened or to collect information on my story. This is an exact representation of the dynamic between the two of them.

I am happy to speak to you regarding my experience. I can be reached via cell 503 341 9793 or response to this email.

Thank you kindly,

Teonna Johnson

Sent from my iPhone

Exhibit 3
Page 1 of 1