Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>Defendants. | Case No. 3:23-cv-00293-SI<br><br>DECLARATION OF SALLY COPELAND |

I, Sally Copeland, declare as follows:

1. My name is Sally Copeland. I am over the age of 18. I make this declaration based on personal knowledge. If called upon to do so, I would testify truthfully as follows.

2. I was employed by Columbia 9-1-1 Communications District ("C911CD") as a 9-1-1 dispatcher from January 16, 2002 through June 18, 2015.

3. While I worked for C911CD, there typically were only two dispatchers on per shift. The two dispatchers were responsible for answering all 9-1-1 and non-emergency calls from the public, as well as radio dispatch of all law enforcement and fire/EMS first responders, in Columbia County.

4. During that time, I interacted with Tyler Miller in his capacity as a reserve deputy, via radio, phone, and Computer Aided Dispatch system. I worked dozens of shifts where I was the on-duty law enforcement dispatcher, working directly with Tyler Miller during all types of incidents.

5. On occasion, Tyler would stop by the 9-1-1 dispatch center for a few minutes when he was on duty just to say hello. Sometimes he offered to bring us coffee or food since we typically could not leave dispatch.

6. I do not recall any instance where Tyler Miller was rude or unprofessional. I had no issues working with him.

7. During my time at C911CD, I worked dozens of shifts with Chandra Egan, Dannell Hooper, Tracy Edinger and Alex Edinger when Tyler Miller was also on Duty. I do not recall any of those dispatchers ever expressing they felt Tyler Miller was rude, unprofessional, or harassing.

8. I am not aware of Tyler Miller being rude, harassing, or unprofessional to anyone.

/ / /

/ / /

/ / /

/ / /

Page 1 – COPELAND DECLARATION

9.  What I remember is that Tyler Miller was well-liked, respected by his first responder peers and was dependable.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on 4/27/2023 at Grants Pass, Oregon.

DocuSigned by:

*Sally Copeland* (signature)
85832C1458DA421...

Sally Copeland

4873-9170-0320

Page 2 – COPELAND DECLARATION