Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>    Defendants. | Case No. 3:23-cv-00293-SI<br><br>DECLARATION OF MICHELLE JENKINS |

I, Michelle Jenkins, declare as follows:

1.      My name is Michelle Jenkins. I am over the age of 18. I make this declaration on personal knowledge. If called upon to do so, I would testify truthfully as follows.

2.      I was employed by Columbia 9-1-1 Communications District ("C911CD") as a 9-1-1 dispatcher in 2016.

3.      When I worked for C911CD, there were typically only two dispatchers on per shift. The two dispatchers were responsible for answering all 9-1-1 and non-emergency calls from the public, as well as radio dispatch of all law enforcement, fire and medical first responders, in Columbia County.

4.      During that time, I interacted with Tyler Miller in his capacity as a reserve deputy, via radio, phone, and Computer Aided Dispatch system.

5.      I do not recall any instance where Tyler Miller was rude, harassing, or unprofessional. I had no issues working with him.

6.      I am not aware of Tyler Miller being rude, harassing, or unprofessional to anyone.

7.      What I remember is that Tyler Miller was well liked, respected by his first responder peers, and dependable.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on 5/4/2023 at Longview, Washington.

DocuSigned by:

Michelle Jenkins

20932E87BBD2425...

Michelle Jenkins

4870-6213-5392

Page 1 – JENKINS DECLARATION

Snell & Wilmer
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
503.624.6800