Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone:  503.624.6800
Facsimile:   503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>                Defendants. | Case No. 3:23-cv-00293-SI<br><br>DECLARATION OF DREW EYMAN |

I, Drew Eyman, declare as follows:

1. I am an attorney with Snell & Wilmer L.L.P., counsel of record to plaintiff in this action. I am over the age of 18. I have personal knowledge of the matters stated herein. If called upon to do so, I would testify truthfully as follows.

2. Attached hereto as Exhibit 1 is a true and correct copy of Enrolled 2021 House Bill 2560, which I downloaded from the Oregon Legislature website at

https://olis.oregonlegislature.gov/liz/2021R1/Measures/Overview/HB2560.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on May 12, 2023, at Portland, Oregon.

s/ Drew Eyman<br>
Drew Eyman

\4870-7407-8819

Page 1 – FOURTH MILLER DECLARATION