81st OREGON LEGISLATIVE ASSEMBLY--2021 Regular Session

## Enrolled

# House Bill 2560

Sponsored by Representative MEEK, Senator STEINER HAYWARD; Representatives DEXTER, GRAYBER, MARSH, MCLAIN, REARDON, REYNOLDS, SALINAS, SCHOUTEN, SMITH WARNER, SOLLMAN, VALDERRAMA, WILDE, WILLIAMS, Senator MANNING JR (Presession filed.)

CHAPTER .................................................

AN ACT

Relating to expanding remote participation of public in self-government through use of technology; amending ORS 192.670.

**Be It Enacted by the People of the State of Oregon:**

**SECTION 1.** ORS 192.670 is amended to read:

192.670. (1) Any meeting, including an executive session, of a governing body of a public body which is held through the use of telephone or other electronic communication shall be conducted in accordance with ORS 192.610 to 192.690.

(2) When telephone or other electronic means of communication is used and the meeting is not an executive session, the governing body of the public body shall make available to the public at least one place where, or at least one electronic means by which, the public can listen to the communication at the time it occurs. A place provided may be a place where no member of the governing body of the public body is present.

**(3) All meetings held by a governing body of a public body, excluding executive sessions, must provide to members of the general public, to the extent reasonably possible, an opportunity to:**

**(a) Access and attend the meeting by telephone, video or other electronic or virtual means;**

**(b) If in-person oral testimony is allowed, submit during the meeting oral testimony by telephone, video or other electronic or virtual means; and**

**(c) If in-person written testimony is allowed, submit written testimony, including by electronic mail or other electronic means, so that the governing body is able to consider the submitted testimony in a timely manner.**

**(4) The provisions of subsection (3) of this section:**

**(a) Apply to hearings under ORS 197.763, 215.402 to 215.438 and 215.700 to 215.780 regardless of whether a governing body or governing body's designee, including a hearings officer, conducts the hearing; and**

**(b) Do not apply to contested case hearings under ORS chapter 183.**

———————

| | |
|---|---|
| **Passed by House April 10, 2021** | **Received by Governor:** |
| | ........................M.,........................................................., 2021 |
| ................................................................................<br>Timothy G. Sekerak, Chief Clerk of House | **Approved:** |
| | ........................M.,........................................................., 2021 |
| ................................................................................<br>Tina Kotek, Speaker of House | |
| | ................................................................................<br>Kate Brown, Governor |
| **Passed by Senate May 27, 2021** | |
| | **Filed in Office of Secretary of State:** |
| | ........................M.,........................................................., 2021 |
| ................................................................................<br>Peter Courtney, President of Senate | |
| | ................................................................................<br>Shemia Fagan, Secretary of State |