Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
SNELL & WILMER L.L.P.
1455 SW Broadway, Suite 1750
Portland, Oregon 97201
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District, <br><br> Defendants. | Case No. 3:23-cv-00293-SI <br><br> UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

## LR 7-1 CERTIFICATION

Plaintiff's counsel certifies that he conferred with Defendants' counsel and the motion is unopposed.

Page 1 – UNOPPOSED MOTION FOR LEAVE TO
FILE FIRST AMENDED COMPLAINT

## MOTION AND MEMORANDUM

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff moves the Court for leave to file a First Amended Complaint. Pursuant to Civil Local Rules 15-1, Plaintiff has attached to this motion a comparison of the proposed First Amended Complaint to the initial Complaint.

Permitting the filing of the proposed First Amended Complaint will not affect any deadlines in this case as the Court has not yet entered a pretrial scheduling order. Amendment would not prejudice Defendants, both because the Court has not yet entered a scheduling order and because the claims that Plaintiff proposes to add are ones that Plaintiff has raised during prior motions practice.

For these reasons, Plaintiff respectfully requests that he be granted leave to file a First Amended Complaint reflecting the changes shown in Exhibit 1.

DATED this 28th day of June, 2023.

SNELL & WILMER L.L.P.

*s/ Clifford S. Davidson*
Clifford S. Davidson, OSB No. 125378
Drew L. Eyman, OSB No. 163762
Attorneys for Plaintiff Tyler Miller

4891-4470-6668.2