Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204
Telephone:  503.624.6800
Facsimile:  503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| Tyler Miller,<br><br>    Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District; and the COLUMBIA 9-1-1 COMMUNICATIONS DISTRICT, an Oregon municipal corporation,<br><br>    Defendants. | Case No. 3:23-cv-00293-SI<br><br>NOTICE OF CHANGE OF FIRM ADDRESS |

TO THE HONORABLE COURT AND THE PARTIES:

PLEASE TAKE NOTICE that undersigned counsel have changed their address and that all pleadings, motions, and other documents in this case be served upon undersigned counsel at

their new address.  All telephone numbers and e-mail addresses remain the same.

Prior Address:          Snell & Wilmer, L.L.P.
                        1455 SW Broadway, Suite 1750
                        Portland, Oregon 97201

New Address:            Snell & Wilmer, L.L.P.
                        601 SW Second Avenue, Suite 2000
                        Portland, Oregon 97204

DATED this 1st day of August, 2023.

SNELL & WILMER L.L.P.


/s/ Clifford S. Davidson
Clifford S. Davidson, OSB No. 125378
Drew L. Eyman OSB No. 163762
Attorneys for Plaintiff Tyler Miller

4867-1239-4356

Page 2 - NOTICE OF CHANGE OF
FIRM ADDRESS

Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204
503.624.6800