Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>    Defendants. | Case No. 3:23-cv-00293-SI<br><br>FIFTH DECLARATION OF TYLER MILLER |

I, Tyler Miller, declare as follows:

1. My name is Tyler Miller. I am over the age of 18 years old. I live within Columbia County, Oregon. I make this declaration on personal knowledge unless otherwise indicated. If called upon to do so, I would testify truthfully as follows.

2. I have attended every Columbia 9-1-1 Communications District (the "District") board of directors meeting since March 23, 2023 – a total of five meetings.

3. The District's virtual-only board of directors meeting on April 27, 2023 was subject to the same restrictions as the March 23, 2023 board meeting, as described in paragraph 3 of the Third Declaration of Tyler Miller.

4. At the District's virtual-only board of directors meetings on May 25, 2023 and June 15, 2023, I was able to see other attendees, but I could only message the meeting host.

5. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of an excerpt of Minutes of the Board of Directors Regular Meeting, March 23, 2023, which I downloaded from the District's website.

6. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of an excerpt of Minutes of the Board of Directors Regular Meeting, April 27, 2023, which I downloaded from the District's website.

7. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of an excerpt of Minutes of the Board of Directors Regular Meeting, May 25, 2023, which I downloaded from the District's website.

8. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of an excerpt of Minutes of the Board of Directors Regular Meeting, June 15, 2023, which I downloaded from the District's website.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on August __, 2023, at Scappoose, Oregon.

8/21/2023

DocuSigned by:

*Tyler Miller*

4181C3924C3341C...

Tyler Miller

\4860-1260-4281

# COLUMBIA 9-1-1 COMMUNICATIONS DISTRICT
## Minutes of the Board of Directors Regular Meeting
### March 23, 2023

---

| | |
|---|---|
| **MEETING CALLED TO ORDER:** | Board Vice President Heimuller called the Board of Directors Regular Meeting to order on Thursday, March 23, 2023, at 9:01a.m. via Zoom. |
| **MEMBERS PRESENT:** | Rob Anderson and Henry Heimuller (in person) <br> Shelley Hennessy and Jeff Flatt (via Zoom) <br><br> Staff Present:  Mike Fletcher, Dannell Hooper, Maryjo Beck, Nathan Hughes and Merx Lavine (in person) <br> Alex Edinger and Wendi Farley (via Zoom) |
| **GUESTS PRESENT:** <br> **(via Zoom)** | Brady Preheim <br> Carroll Sweet <br> Cascadia <br> Casey Garrett <br> Engaged Citizens of Columbia County <br> Jeromy Hasenkamp <br> Kim Holmes <br> Kriston Plantz <br> KSmith <br> Larry Hill <br> Melinda Bernert <br> Misty Holsey <br> Robin <br> Traci Brumbles <br> Peter McHugh <br> Jim Gibson <br> Tyler Miller, Scappoose City Councilor |

Roll call was done.

## PUBLIC COMMENT:

Sweet, Scappoose resident, provided testimony expressing concern about a sole source bid with Motorola.

Preheim, St. Helens resident, provided testimony in opposition of the Board's attempt to trespass people from a public meeting and concern about a sole source bid with Motorola.

Miller, Scappoose City Councilor and Scappoose resident, expressed having difficulty with new Zoom format/audio issues.

Hasenkamp, St. Helens resident, provided testimony in regard to the virtual format and concern about a sole source bid with Motorola.

9:11a.m.        Flatt joined the meeting

# COLUMBIA 9-1-1 COMMUNICATIONS DISTRICT
## Minutes of the Board of Directors Regular Meeting
### April 27, 2023

| | |
|---|---|
| **MEETING CALLED TO ORDER:** | Board Vice President Heimuller called the Board of Directors Regular Meeting to order on Thursday, April 27, 2023, at 1:00p.m. via Zoom. |
| **MEMBERS PRESENT:** | Henry Heimuller (in person) <br> Rob Anderson, Shelley Hennessy and Jeff Flatt (via Zoom) <br><br> Staff Present: Mike Fletcher, Dannell Hooper, Maryjo Beck, Nathan Hughes and Merx Lavine (in person) <br> Alex Edinger and Chandra Egan (via Zoom) |
| **GUESTS PRESENT:** <br> **(via Zoom)** | Michael Peterkin, Peterkin Burgess <br> Carroll Sweet <br> Carlos Delatorre <br> Jennifer Massey <br> Tammy Maygra <br> Jeremy Hasenkamp <br> Tyler Miller, Scappoose City Councilor |

Roll call was done.

### PUBLIC COMMENT:
Maygra, Deer Island resident, provided testimony expressing concern about a sole source bid with Motorola and partnering with Washington County. Inquired if the Board received her email; Heimuller stated that he had not but would have staff retrieve it from the email server.

Sweet, Scappoose resident, also provided testimony expressing concern about a sole source bid with Motorola.

### ADDITIONS TO AGENDA:
No additions were made to the agenda.

### APPROVAL OF MINUTES:
### March 23, 2023 Board of Directors Regular Meeting Minutes:
Hennessy moved and Flatt seconded to approve the 3/23/23 Board of Directors Regular Meeting minutes as presented. Motion passed unanimously.

### FINANCIAL REPORTS:
### Acceptance of Budget Variance Report – March:
Anderson moved and Hennessy seconded to accept the Budget Variance Report for the month of March as presented. Motion carried unanimously.

### Approval of Expenditures:
Anderson moved and Flatt seconded to approve the expenditures starting with check #31318 through #31381 including the electronic payments in the amount of $440,729.54. Motion carried unanimously.

# COLUMBIA 9-1-1 COMMUNICATIONS DISTRICT
## Minutes of the Board of Directors Budget Hearing and Regular Meeting
### May 25, 2023

---

| | |
|---|---|
| **MEETING CALLED TO ORDER:** | Board Member Anderson called the Board of Directors Budget Hearing and Regular Meeting to order on Thursday, May 25, 2023, at 9:01a.m. via Zoom. |
| **MEMBERS PRESENT:** | Jeff Flatt (in person)<br>Rob Anderson and Shelley Hennessy (via Zoom)<br><br>Staff Present: Mike Fletcher, Dannell Hooper, Maryjo Beck, Nathan Hughes and Merx Lavine (in person)<br>Alex Edinger and Chandra Egan (via Zoom) |
| **GUESTS PRESENT:**<br>   (via Zoom) | Heather Van Meter, Bullard Law<br>Aurora Biggers, Columbia County Spotlight<br>Carroll Sweet<br>Jonathan Barclay<br>Kriston Plantz<br>Jeremy Hasenkamp<br>Tyler Miller, Scappoose City Councilor |

Roll call was done.

## OPENING OF BUDGET HEARING:
There were no public comments made.

9:03am        Closed hearing, opened regular board meeting.

## INTRODUCTION – New CFO; Micki Nichols:
Fletcher stated that Nichols would have been in attendance however her daughter is having a baby earlier than expected, so she is with family at this time.

## PUBLIC COMMENT:
No public comment was made.

## ADDITIONS TO AGENDA:
No additions were made to the agenda.

## APPROVAL OF MINUTES:
### April 27, 2023 Board of Directors Regular Meeting Minutes and May 5, 2023 Budget Meeting Minutes:
Flatt moved and Hennessy seconded to approve the 4/27/23 Board of Directors Regular Meeting and 5/5/23 Budget Meeting minutes as presented.  Motion passed unanimously.

# COLUMBIA 9-1-1 COMMUNICATIONS DISTRICT
## Minutes of the Board of Directors Regular Meeting
## June 15, 2023

| | |
|---|---|
| **MEETING CALLED TO ORDER:** | Board President Holsey called the Board of Directors Regular Meeting to order on Thursday, June 15, 2023, at 9:00a.m. via Zoom. |
| **MEMBERS PRESENT:** | Bruce Holsey and Henry Heimuller (in person) Rob Anderson, Shelley Hennessy and Jeff Flatt (via Zoom) |
| | Staff Present:  Mike Fletcher, Micki Nichols, Dannell Hooper, Maryjo Beck and Merx Lavine (in person) Nathan Hughes, Alex Edinger and Chandra Egan (via Zoom) |
| **GUESTS PRESENT: (via Zoom)** | Michael Peterkin, Peterkin Burgess Jeremy Hasenkamp Tyler Miller, Scappoose City Councilor |

Roll call was done.

## PUBLIC COMMENT:
No public comment was made.

## ADDITIONS TO AGENDA:
Fletcher stated that Executive Session is scheduled for 9:45a.m.

## APPROVAL OF MINUTES:
### May 25, 2023 Board of Directors Budget Hearing and Regular Meeting Minutes:
Heimuller moved and Anderson seconded to approve the 5/25/23 Board of Directors Budget Hearing and Regular Meeting minutes as presented.  Motion passed unanimously.

## FINANCIAL REPORTS:
### Acceptance of Budget Variance Report – May:
Heimuller moved and Anderson seconded to accept the Budget Variance Report for the month of May as presented.  Motion carried unanimously.

### Approval of Expenditures:
Anderson moved and Heimuller seconded to approve the expenditures starting with check #31430 through #31464 including the electronic payments in the amount of $367,033.90.  Motion carried unanimously.

### Resolution 23-02, 23-03, 23-04 Adopting the Budget, Making Appropriations, Declaring a Levy and Categorizing Taxes:
Heimuller moved and Hennessy seconded to approve Resolutions 23-02, 23-03 and 23-04 in the matter of Adopting the Budget, Making Appropriations, Declaring a Levy and Categorizing the Taxes Provided for in the 2023-2024 Approved Budget.  Motion carried unanimously.