Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
<u>Attorneys for Defendants</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual<br><br>Plaintiff,<br><br>v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District, and the COLUMBIA 9-1-1- COMMUNICATIONS DISTRICT, an Oregon Municipal corporation,<br><br>Defendants. | Case No 3:23-cv-00293-SI<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

### <u>L.R. 7.1. CERTIFICATION</u>

Counsel for the parties conferred and plaintiff does not oppose this motion.

### <u>MOTION FOR EXTENSION OF TIME</u>

Defendants move the court for an order extending the deadline for their response to plaintiff's motion for partial summary judgment. The current deadline for the response is September 12, 2023. Defendants request a ten-day extension of the existing deadline, up through

**Page 1 – DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

and including September 22, 2023.  The undersigned's trial preparation and deposition schedule has delayed her ability to respond to this motion.  This request is not made for purposes of delay.  No oral argument has yet been set on this motion.  The parties have a two-day judicial settlement conference scheduled for October 26th and October 27th before Judge Michael McShane.

Respectfully submitted this 8th day of September, 2023.

                                        HART WAGNER LLP

By:  */s/ Karen O'Kasey*
      Karen O'Kasey, OSB No. 870696
      Of Attorneys for Defendants

**Page 2 – DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2023, I served the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT** on the following party at the following address:

Clifford S. Davidson
Drew L. Eyman
Snell & Wilmer LLP
1455 SW Broadway Ste 1750
Portland OR  97201
  *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

/s/ Karen O'Kasey
Karen O'Kasey

Page 1 – CERTIFICATE OF SERVICE

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**