Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00293-SI<br><br>DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE SUBPOENA |

I, Clifford S. Davidson, declare as follows:

1. I am over the age of 18 and am counsel of record for plaintiff Tyler Miller. I make this declaration on personal knowledge. If called upon to do so, I would testify truthfully as follows.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the subpoena that I caused to be served on non-party Chandra Egan.

3. Attached hereto as <u>Exhibit 2</u> are true and correct copies of emails between Ron Downs, who is counsel for Egan, and me.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on September 13, 2023, at Portland, Oregon.

/s/ Clifford S. Davidson
Clifford S. Davidson

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, I caused to be served a full and exact copy of the foregoing **DECLARATION OF CLIFFORD S. DAVIDSON IN SUPPORT OF MOTION TO ENFORCE SUBPOENA** on the following:

**VIA CM/ECF:**

Karen O'Kasey
Hart Wagner LLP
10000 SW Broadway, 20th Floor
Portland, OR 97205
kok@hartwagner.com
    Attorneys for Defendants

**VIA EMAIL AND FIRST CLASS MAIL:**

Ron Downs
Special Districts Association
727 Center Street NE, Suite 208
Salem, OR 97301
rdowns@sdao.com
    Attorneys for Non-Party Chandra Egan


Dated: September 13, 2023


    s/ Clifford S. Davidson
    Clifford S. Davidson, OSB No. 125378

4882-6216-6911