
RONALD W. DOWNS
Special Districts Insurance Services
PO Box 12613
Salem OR 97309-0613
(503) 375-8898; Fax (503) 400-3090
rdowns@sdao.com
    *Of Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; and SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District,<br><br>    Defendants. | Case No 3:23-cv-00293-SI<br><br>**DECLARATION OF RONALD W. DOWNS IN SUPPORT OF CHANDRA EGAN'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL** |

I, Ronald W. Downs, declare as follows:

    1.    I represent non-party defendant Chandra Egan in the above-entitled matter.

    2.    Attached as **Exhibit 1** to this declaration is a copy of the Order of Judge Beckerman in the matter of Tyler Miller v. Steve Watson, US District Court, Case No. 3:18-cv-00562-SB.

/ / /

/ / /

**Page 1 – DECLARATION OF RONALD W. DOWNS**    **RONALD W. DOWNS P.C.**
**PO Box 12613**
**Salem, Oregon 97209**
**(503) 375-8898 / rdowns@sdao.com**

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing** is true and correct.

DATED this 28th day of September 2023.

*s/ Ronald W. Downs*
Ronald W. Downs, OSB# 920530
Attorney for Chandra Egan

Page 1 – DECLARATION OF RONALD W. DOWNS

**RONALD W. DOWNS P.C.**
**PO Box 12613**
**Salem, Oregon 97209**
**(503) 375-8898 / rdowns@sdao.com**

CERTIFICATE OF SERVICE

I hereby certify that I service the foregoing **DECLARATION OF RONALD W. DOWNS IN SUPPORT OF CHANDRA EGAN'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL** on the following party or parties, by the method(s) indicated:

| | | |
|---|---|---|
| Clifford S. Davidson<br>csdavidson@swlaw.com<br>Drew L. Eyman<br>deyman@swlaw.com<br>Snell & Wilmer LLP<br>1455 SW Broadway Ste 1750<br>Portland OR  97201<br>    *Of Attorneys for Plaintiff* | _____<br><br><br>  X  <br><br><br>  X  | FIRST CLASS MAIL<br><br><br>E-MAIL<br><br><br>E-FILING NOTIFICATION |

DATED this 28th day of September 2023.

       *s/ Ronald W. Downs*
Ronald W. Downs, OSB# 920530
503-375-8898; rdowns@sdao.com
Of Attorneys for Chandra Egan

Page 1 – CERTIFICATE OF SERVICE

**RONALD W. DOWNS**
**Special Districts Insurance Services**
**PO Box 12613**
**Salem, Oregon 97209**
**(503) 375-8898 / rdowns@sdao.com**