Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile:  503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District; and the COLUMBIA 9-1-1 COMMUNICATIONS DISTRICT, an Oregon municipal corporation,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00293-SI<br><br>PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Current Deadline: October 6, 2023<br><br>Proposed Deadline: October 16, 2023 |

## LR 7-1 CERTIFICATION

Counsel for Plaintiff Tyler Miller ("Plaintiff") certifies that he conferred with counsel for Defendants, and that Defendants do not oppose this motion.

## UNOPPOSED MOTION

Due to events in other matters that counsel for Plaintiff are handling, Plaintiff respectfully moves for an extension of time to file a reply in support of his Motion for Partial Summary Judgment (the "Motion") from October 6, 2023 to October 16, 2023. This request is made in good faith and not for the purpose of undue delay. This is the first extension that Plaintiff has requested in connection with the briefing of the Motion. Extending this deadline will not affect other deadlines in this matter as the Court has not yet set a hearing on the Motion. LR 16-3(a).

For the foregoing reasons, good cause supports Plaintiff's request for an extension of the reply deadline from October 6, 2023 to October 16, 2023.

DATED this 3rd day of October, 2023.   SNELL & WILMER L.L.P.

*s/ Drew Eyman*
Clifford S. Davidson, OSB No. 125378
Drew L. Eyman, OSB No. 163762
Attorneys for Plaintiff Tyler Miller

4871-5209-8692