Clifford S. Davidson, OSB No. 125378
csdavidson@swlaw.com
Brett E. Applegate, OSB No. 132944
bapplegate@swlaw.com
Drew L. Eyman, OSB No. 163762
deyman@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone: 503.624.6800
Facsimile: 503.624.6888
Attorneys for Plaintiff Tyler Miller

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| TYLER MILLER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HENRY HEIMULLER, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; BRUCE HOLSEY, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; JEFF FLATT, in his official capacity as Board Member of the Columbia 9-1-1 Communications District; SHELLEY HENNESSY, in her official capacity as Board Member of the Columbia 9-1-1 Communications District; and COLUMBIA 9-1-1 COMMUNICATIONS DISTRICT, an Oregon municipal corporation,<br><br>    Defendants. | Case No. 3:23-cv-00293-SI<br><br>STIPULATION AND ORDER REGARDING PAYMENT OF ATTORNEY FEES |

STIPULATION AND ORDER REGARDING
PAYMENT OF ATTORNEY FEES

Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

**ATTORNEY FEE STIPULATION**

On August 15, 2025, this Court entered Declaratory Judgment against defendants in this action.

Based on this court's order on plaintiff's motion for a temporary restraining order and preliminary injunction, the parties agreed that Plaintiff was the prevailing party for purposes of attorney fees through the expiration of the offer of judgment under 42 U.S.C. § 1988.

On January 27, 2026, the Court held that Plaintiff is not entitled to recover attorney fees incurred after the date on which Defendants' offer of judgment expired. Plaintiff has appealed portions of the Declaratory Judgment to the Ninth Circuit.

The parties agree that the outcome of that appeal might affect plaintiff's entitlement to additional fees incurred after the offer of judgment.

The parties wish to resolve the attorney fees incurred before the expiration of Defendants' offer of judgment and preserve plaintiff's right to seek additional fees if his appeal is successful.

The parties stipulate Defendants will pay $250,000 in attorney fees and costs for fees incurred before the expiration of the offer of judgment as follows:

1. Within 14 days of this Court's approval of this Stipulation, Defendants will remit payment to Plaintiff, care of his counsel, the amount of $250,000 in full satisfaction of amounts recoverable under 42 U.S.C. § 1988 and Fed. R. Civ. P. 54.

2. If Plaintiff prevails on the Ninth Circuit appeal, then Plaintiff may renew his request for additional attorney fees and costs incurred after expiration of the offer of judgment if he believes that there is a good faith basis to do so.

/ / /

/ / /

/ / /

Page 1 – STIPULATION AND ORDER REGARDING PAYMENT OF ATTORNEY FEES

Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 6th day of February, 2026. | SNELL & WILMER L.L.P. |

*/s/ Clifford S. Davidson*
Clifford S. Davidson, OSB No. 125378
Brett E. Applegate, OSB No. 132944
Drew L. Eyman, OSB No. 163762
Attorneys for Plaintiff Tyler Miller

| | |
|---|---|
| DATED this 6th day of February, 2026. | HART WAGNER L.L.P. |

*/s/ Karen O'Kasey*
Karen O'Kasey, OSB No. 870696
Attorneys for Defendants

\* \* \* \* \*

## ORDER

Based on the above stipulation, the Court hereby ORDERS:

1. Within 14 days of this Court's approval of this Stipulation, Defendants will remit payment to Plaintiff, care of his counsel, the amount of $250,000 in full satisfaction of amounts recoverable under 42 U.S.C. § 1988 and Fed. R. Civ. P. 54.

2. If Plaintiff prevails on his Ninth Circuit appeal, then Plaintiff may renew his request for additional attorney fees and costs incurred after expiration of the offer of judgment if he believes that there is a good faith basis to do so.

Dated: February  6 , 2026

_____
Honorable Michael H. Simon
United States District Judge

4920-7449-5373

Page 2 – STIPULATION AND ORDER REGARDING
PAYMENT OF ATTORNEY FEES

Snell & Wilmer
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
503.624.6800